UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MOLOOK VEDADI; | ) |
| MORTEZA MODARESSI, | ) |
| Also known as MORY MODARESSI; | ) |
| MOJO PROJECTS, LLC, | )   Court No. 05 Civ. 2424 (JDB) |
| Operating as SALON RED; | ) |
| MOJO REALTY, LLC; | ) |
| MOJO PROPERTIES, LLC; | ) |
| YOSEF ASSEFA; | ) |
| JOHN DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S PROOF OF SERVICE
OF SUMMONS AND COMPLAINT UPON DEFENDANTS**

Plaintiff, Bijan Modaressi, respectfully informs the Court that defendants Molook Vedadi, Morteza Modaressi, Mojo Projects, LLC (operating as Salon Red), Mojo Realty, LLC, Mojo Properties, LLC, and Yosef Assefa have been served with the summons and complaint in this case. Plaintiff has thus served process on all defendants in this case other than the John Doe defendants whose identity is currently unknown to plaintiff.

As indicated in the attached declarations of service of Rosemary Solorzano, William Barnes, and Derrick Smith, service of process was made upon defendants in the following manner:

(1) Defendant Molook Vedadi was personally served on December 17, 2005 at her place of residence located at 10250 West Lake Drive, Unit 610, Bethesda, Maryland 20817;

(2) Defendant Morteza Modaressi was personally served on December 17, 2005 at his place of business located at Salon Red, 224 Main Street, Gaithersburg, Maryland 20878. Defendant Modaressi was also served on December 17, 2005 through his son, Alexander Modaressi, at defendant Modaressi's place of residence located at 109 Upshire Circle, Gaithersburg, Maryland 20878;

(3) Defendant Mojo Projects, LLC, was served on December 17, 2005 through its owner and officer, Morteza Modaressi, at Mojo Projects, LLC's primary place of business located at Salon Red, 224 Main Street, Gaithersburg, Maryland 20878. Defendant Mojo Projects, LLC, was also served on December 19, 2005 through its registered agent Mark Edward Futrovsky, at 77 S. Washington Street, Rockville, Maryland 20850.

(4) Defendant Mojo Realty, LLC, was served on December 19, 2005 through its resident agent Mark Edward Futrovsky, at 77 S. Washington Street, Rockville, Maryland 20850;

(5) Defendant Mojo Properties, LLC, was served on December 19, 2005 through its resident agent Mark Edward Futrovsky, at 77 S. Washington Street, Rockville, Maryland 20850; and,

(6) Defendant Yosef Assefa was personally served on December 20, 2005 at his place of residence located at 1904 Patuxent View Court, Brookeville, Maryland 20833.

Respectfully submitted,

Dated: December 21, 2005        /s/ Stefan Shaibani
Stefan Shaibani (Bar No. 490024)
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036
Tel: (202) 862-4335
Fax: (202) 828-4130

*Attorney for plaintiff Bijan Modaressi*

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 21, 2005, I electronically filed and caused to be served by First Class Mail copies of "PLAINTIFF'S PROOF OF SERVICE OF SUMMONS AND COMPLAINT UPON DEFENDANTS" addressed as follows:

>Molook Vedadi
>10250 West Lake Drive, Unit 610
>Bethesda, Maryland 20817
>
>Morteza Modaressi
>224 Main Street
>Gaithersburg Maryland 20878
>
>Mojo Projects, LLC
>Salon Red, 224 Main Street
>Gaithersburg, Maryland 20878
>
>Mojo Realty, LLC
>Attn: Mark Edward Futrovsky
>77 S. Washington Street
>Rockville, Maryland 20850
>
>Mojo Properties, LLC
>Attn: Mark Edward Futrovsky
>77 S. Washington Street
>Rockville, Maryland 20850
>
>Yosef Assefa
>1904 Patuxent View Court
>Brookeville, Maryland 20833