**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BIJAN MODARESSI, )<br>)<br>   Plaintiff, )<br>)<br>      vs. )<br>)<br>MOLOOK VEDADI; )<br>MORTEZA MODARESSI, )<br>Also known as MORY MODARESSI; )<br>MOJO PROJECTS, LLC, )<br>Operating as SALON RED; )<br>MOJO REALTY, LLC; )<br>MOJO PROPERTIES, LLC; )<br>YOSEF ASSEFA; )<br>JOHN DOES 1-10, )<br>)<br>   Defendants. )<br>)| Court No. 05 Civ. 2424 (JDB) |

**PLAINTIFF'S NOTICE OF LIS PENDENS**

Pursuant to 28 U.S.C. § 1964 and Title 12, Chapter 102 of the Code of Maryland, plaintiff, Bijan Modaressi, respectfully requests the Court to take notice that the following properties are directly affected by the outcome of this litigation and are thus subject to the instant lis pendens:

(1) The property located at 224 Main Street, Gaithersburg, Maryland 20878 in the legal subdivision Kentlands Midtown, including both the commercial level housing "Salon Red" and the residential level(s) above it, bearing the tax identification number 160903223708, title to which is held by defendant Mojo Properties, LLC.

(2) The property located at 18732 Winding Creek Place, Germantown, Maryland 20874 in the legal subdivision Gunners Lake Village, bearing the tax identification number 160901853186, title to which is held by defendant Morteza Modaressi.

(3) The property located at 3752 Bel Pre Road, Apartment 9, Silver Spring, Maryland 20906 in the legal subdivision Fairways, bearing the tax identification number 161301859445, title to which is held by defendant Morteza Modaressi.

(4) The property located at 13031 Thyme Court, Germantown, Maryland 20874 in the legal subdivision Germantown Park, bearing the tax identification number 160901625161, title to which is held by defendant Yosef Assefa.

This Court possesses jurisdiction over the defendants and the properties held by them as set forth in paragraphs 1 to 4 above pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1367, 18 U.S.C. § 1664(a) and (c), 28 U.S.C. § 1332(a)(1), and venue is proper under 28 U.S.C. § 1391(b), and 18 U.S.C. § 1965(b).

A notice of lis pendens is concurrently being filed in Montgomery County Circuit Court pursuant to Title 12, Chapter 102 of the Code of Maryland. Plaintiff reserves the right to file a second notice of lis pendens upon discovery of additional properties title to which is contested in this action.

Respectfully submitted,

Dated: December 22, 2005

/s/ Stefan Shaibani
Stefan Shaibani (Bar No. 490024)
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036
Tel: (202) 862-4335
Fax: (202) 828-4130

*Attorney for plaintiff Bijan Modaressi*

CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2005, I electronically filed and caused to be served by First Class Mail copies of "PLAINTIFF'S NOTICE OF LIS PENDENS" addressed as follows:

>Molook Vedadi
>10250 West Lake Drive, Unit 610
>Bethesda, Maryland 20817
>
>Morteza Modaressi
>224 Main Street
>Gaithersburg Maryland 20878
>
>Mojo Projects, LLC
>Salon Red, 224 Main Street
>Gaithersburg, Maryland 20878
>
>Mojo Realty, LLC
>Attn: Mark Edward Futrovsky
>77 S. Washington Street
>Rockville, Maryland 20850
>
>Mojo Properties, LLC
>Attn: Mark Edward Futrovsky
>77 S. Washington Street
>Rockville, Maryland 20850
>
>Yosef Assefa
>1904 Patuxent View Court
>Brookeville, Maryland 20833