**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Bijan Modaressi | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:05CV2424 (JDB) |
| Molook Vedadi, *et.al.* | : | |
| Defendants. | : | |

### DEFENDANTS' MOLOOK VEDADI, MORTEZA MODARESSI, MOJO PROJECTS LLC, MOJO REALTY, LLC, AND MOJO PROPERTIES, LLC'S MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF BIJAN MODARESSI'S COMPLAINT

Come Now Defendants, Molook Vedadi (hereinafter "Vedadi"), Morteza Modaressi (hereinafter "Modaressi"), Mojo Projects, LLC, d/b/a Salon Red (hereinafter "Mojo Projects"), Mojo Realty, LLC (hereinafter "Mojo Realty) and Mojo Properties, LLC (hereinafter "Mojo Properties") by and through their respective undersigned counsel and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure move this Honorable Court for an enlargement of time until January 16, 2006, to file their responsive pleadings to Plaintiff's complaint and in support therefore, respectfully refer this Honorable Court to the annexed memorandum of points and authorities.

WHEREFORE, by all these presents, counsel for these Defendants prays that the instant motion be granted.

### STATEMENT OF COUNSEL PURSUANT TO LCvR 7(m)

On January 4, 2006, Danielle Espinet and Todd Forster, on behalf of all counsel for these Defendants, requested of counsel for Plaintiff by telephone that he consent to the relief requested by these defendants. Counsel for Plaintiff has refused such consent.

Respectfully Submitted,


_____/s/_____
Danielle M. Espinet
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*: (240) 632-0906
*Email*: despinet@rolinski.com
Counsel for Molook Vedadi


_____/s/_____
Todd Forster
*Futrovsky, Nitkin & Scherr, Chartered*
77 S. Washington Street
First Floor
Rockville, MD 20850
*Voice*: 301-251-8500
*Fax:* 301-251-8860
*Email*: tpforster@fnslaw.com
Counsel for Morteza Modaressi, Mojo Projects, LLC
Mojo Realty, LLC, & Mojo Properties, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Bijan Modaressi : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 1:05CV2424 (JDB) |
| : | |
| Molook Vedadi, *et.al.* : | |
| : | |
| Defendants. : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOLOOK VEDADI, MORTEZA MODARESSI, MOJO PROJECTS LLC, MOJO REALTY, LLC, AND MOJO PROPERTIES, LLC'S MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF BIJAN MODARESSI'S COMPLAINT**

Plaintiff, Bijan Modaressi filed his thirteen count Complaint on December 16, 2005, alleging RICO violations, conversion, fraudulent misrepresentation, breach of fiduciary duty, unjust enrichment, fraudulent conveyance, constructive trust, interference with contractual relations, intentional infliction of emotional distress, and declaratory judgment. Defendants' responsive pleadings are due as follows: Defendants Vedadi, Modaressi, and Mojo Projects served on December 17, 2005, responses due January 6, 2006; Defendants Mojo Realty and Mojo Properties, served on December 19, 2005, responses due January 9, 2006. The time has not expired for any of these Defendants to file their responsive pleadings.

Counsel for Vedadi was out of the country on vacation when the Complaint was filed and served and did not know a complaint had been filed until she returned from vacation on December 22, 2005. Due to the Christmas holiday, counsel for Vedadi did

3

not see a copy of this lawsuit until December 26, 2005, a full ten days after the complaint was filed. Additionally, due to other professional and personal obligations the week prior to the New Year holiday, counsel for Vedadi has been unable to devote sufficient time to drafting a responsive pleading.

Furthermore, Plaintiff's counsel and Vedadi's counsel had engaged in settlement negotiations prior to the institution of this suit. Plaintiff's counsel was aware that Vedadi was represented by her undersigned counsel and that Vedadi's counsel would be out of the country until December 22, 2005. Vedadi's undersigned counsel was not courtesy copied with this complaint and consent for the instant motion was unreasonably withheld given the history of the parties, Plaintiff's counsel's prior knowledge of Vedadi's undersigned counsel's vacation schedule and the filing of the Complaint just prior to the Christmas and New Year holiday. As such, there are ample grounds to grant the instant motion.

Lastly, counsel for the remaining Defendants is out of the office from January 2 through January 5, 2006. Due to his professional and personal obligations during both the Christmas and New Year holidays, he has not been able to devote sufficient time to draft responses on behalf of his four clients, nor has there been opportunity for all the Defendants to conference with regard to any joint defense.

WHEREFORE, these Defendants pray that this Honorable Court grant Defendants' Motion to Enlarge Time to File Responsive Pleadings to Plaintiff's Complaint until January 16, 2006.

Respectfully Submitted,

\_\_\_/s/_____
Danielle M. Espinet
*Rolinski, Terenzio & Suarez, LLP*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*: (240) 632-0906
*Email*: despinet@rolinski.com
Counsel for Molook Vedadi


_____/s/_____
Todd Forster
*Futrovsky, Nitkin & Scherr, Chartered*
77 S. Washington Street
First Floor
Rockville, MD 20850
*Voice*: 301-251-8500
*Fax:* 301-251-8860
*Email*: tpforster@fnslaw.com
Counsel for Morteza Modaressi, Mojo Projects, LLC
Mojo Realty, LLC, & Mojo Properties, LLC

G:\Legal Docts\Civil\Vedadi Litigation\06-01-04 mtn.enlargetime.answer.doc

5