**ROLINSKI, TERENZIO & SUAREZ, LLP**
**ATTORNEYS AT LAW**

SYLVIA J. ROLINSKI*
ROBERT T. TERENZIO**
LOUIS J. SUAREZ***
DANIELLE M. ESPINET****

*Admitted in MD, DC and NY
**Admitted in FL and CT
***Admitted in MT
****Admitted in NY and DC

14915 River Road
Potomac, Maryland 20854
Tel: (240) 632-0903
Fax: (240) 632-0906
www.Rolinski.com

Suite 440
1615 L St., N.W.
Washington, D.C. 20036
(202) 423-7065

Longwood, Florida
(Orlando Metro Area)

*DEspinet@Rolinski.com*

October 13, 2005

Mr. Koorosh Dehghan, Esq.
Dehghan Business & Legal Consulting
18534 Cherry Laurel Lane
Gaithersburg, MD 20879

*Re: Molook Vedadi and Morteza Modaressi*

Dear Mr. Dehghan:

    Please be advised that I represent both Molook Vedadi and Morteza Modaressi. I am in receipt of your letter dated September 22, 2005, directed at both of my clients. Please direct all further communications to my office.

    In your letter of September 22, 2005, you make several very serious allegations. I have some very serious concerns about your good faith basis in making such allegations. In support of your allegations, you reference several documents, e.g., a letter from Ms. Vedadi dated May 3, 2005, records from Iran, including copies of Ms. Vedadi's "various CD accounts in Iran, mostly in 'Bagh Sabba' branch of Bank Melli and also in 'Doctor Beheshti Sharghi' branch of Bank Sepah, both in Isfahan." Please furnish to me copies of these documents and any other documents you contend supports your client's allegations against his mother and brother, including any correspondence either you or client has had with either of my clients. If I do not hear from you by close of business on November 1, 2005, I will assume that your client's accusations lack any merit or support. If you continue to pursue such action, I will advise my clients accordingly as to any cause of action they may have against both you and your client for pursuing a frivolous claim in violation of both the local Court rules and the relevant bar rules.

    In addition, Ms. Vedadi informs me that she has received another letter from your office, claiming either you or your client has frozen her bank accounts in Iran. Please furnish me with a copy of that letter. In the meantime, neither you nor your client has the authority to freeze any of Ms. Vedadi's bank accounts. I hereby demand that you take immediate steps to unfreeze any such accounts. If you or client refuse to do so, I will immediately advise Ms. Vedadi to contact

**EXHIBIT A**

Mr. Koorosh Dehghan
October 13, 2005
Page 2

the proper authorities both here and in Iran to remedy the situation. Let me hear from you on this issue no later than October 20, 2005.

Sincerely,

Danielle M. Espinet, Esq.

DME/sk
Cc:   Molook Vedadi
      Morteza Modaressi