**ROLINSKI, TERENZIO & SUAREZ, LLP**
*ATTORNEYS AT LAW*
14915 River Road
Potomac, Maryland 20854
Tel: (240) 632-0903
Fax: (240) 632-0906
www.Rolinski.com

SYLVIA J. ROLINSKI*
ROBERT T. TERENZIO**
LOUIS J. SUAREZ***
DANIELLE M. ESPINET****

*Admitted in MD, DC and NY
**Admitted in FL and CT
***Admitted in MT
****Admitted in NY and DC

Suite 440
1615 L St., N.W.
Washington, D.C. 20036
(202) 423-7065

Longwood, Florida
(Orlando Metro Area)

DEspinet@Rolinski.com

October 24, 2005

Mr. Koorosh Dehghan, Esq.
Dehghan Business & Legal Consulting
18534 Cherry Laurel Lane
Gaithersburg, MD 20879

*Re: Molook Vedadi and Morteza Modaressi*

Dear Mr. Dehghan:

I am in receipt of your fax dated October 18, 2005, as well as your letter to my clients dated October 7, 2005 and the various attachments. I am in the process of having Ms. Vedadi's handwritten letter professionally translated.

In the meantime, in your October 7, 2005, letter you refer to "further written documentation from Iran, including at least 35 pages of bank statements indicating money was periodically sent to Iran,.." Please provide me with these records. It is impossible for me to verify, legitimize or assess the validity of your client's claims without all the information he is relying upon to make them. As soon as I am in possession of all relevant documentation I will be in a position to advise my clients.

I look forward to your prompt response.

Sincerely,

Danielle M. Espinet, Esq.

DME/sk
Cc:    Molook Vedadi
       Morteza Modaressi

G:\Legal Docts\Letters\DME Letters\05-10-24 Dehghan.doc

**EXHIBIT B**