**By Email & First Class Mail**                          November 1, 2005

Danielle M. Espinet
Rolinski, Terenzio & Saurez, LLP
14915 River Road
Potomac, Maryland 20854
Tel:   240-632-0903
Fax:   240-632-0906
Email:  DEspinet@Rolinski.com

**Copy to:**

Bijan Modaressi
8670 Burton Way, Apt. 225
Los Angeles, California 90048

Re:   **Appointment of New Counsel**

Dear Ms. Espinet:

My name is Stefan Shaibani and I am an attorney at the Washington, DC law firm of Litigation Associate, PLLC. Bijan Modaressi has retained my services to represent him in his dispute with Morteza Modaressi and Molook Vedadi. In light of this engagement, we respectfully request that you direct all communication concerning this matter to my attention at the above address. In the meantime, I would be glad to learn of your clients' position in this case.

I can be reached at 202-862-4335.

Very truly yours,


Stefan Shaibani

**EXHIBIT C**