## stefan shaibani

**From:** stefan shaibani [stefan@litigationassociate.com]
**Sent:** Tuesday, November 08, 2005 1:32 PM
**To:** 'DEspinet@rolinski.com'
**Subject:** Settlement Proposal

Dear Danielle,

Attached please find the settlement proposal approved by Bijan Modaressi in *Modaressi v. Vedadi*. A hard copy will be deposited in the mail today.

I look forward to hearing from you.

Regards,
Stefan Shaibani

**EXHIBIT D**