**stefan shaibani**

---

**From:** Danielle M. Espinet [DEspinet@rolinski.com]
**Sent:** Wednesday, November 16, 2005 4:41 PM
**To:** stefan shaibani
**Subject:** RE: Settlement Proposal

Stefan,

I have forwarded Bijan's settlement demands to my clients. They are in the process of reviewing such demand. I will be on vacation starting tomorrow. Therefore, we will respond no later than December 1, 2005.

Regards,

# Danielle M. Espinet, Esq.
Rolinski, Terenzio & Suarez, LLP
14915 River Road
Potomac, Maryland USA
ph: (240) 632-0903
fax: (240) 632-0906
DEspinet@Rolinski.com

---------NOTICE--------------------------------------
This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not one of the named recipient(s), please immediately notify the sender (240) 632-0903 and delete this e-mail message from your computer. Thank you.

---

**From:** stefan shaibani [mailto:stefan@litigationassociate.com]
**Sent:** Tuesday, November 08, 2005 1:32 PM
**To:** Danielle M. Espinet
**Subject:** Settlement Proposal

Dear Danielle,

Attached please find the settlement proposal approved by Bijan Modaressi in *Modaressi v. Vedadi*. A hard copy will be deposited in the mail today.

I look forward to hearing from you.

Regards,
Stefan Shaibani

**EXHIBIT E**

11/16/2005