**stefan shaibani**

| | |
|---|---|
| **From:** | stefan shaibani [stefan@litigationassociate.com] |
| **Sent:** | Wednesday, November 16, 2005 4:58 PM |
| **To:** | 'Danielle M. Espinet' |
| **Subject:** | RE: Settlement Proposal |

Hi Danielle,

Is there someone at your firm assigned to this case in your absence? Please let me know. Although I personally have no objections to your taking time off the case, my client may not be able to wait until December 1st. Consequently, it may be a good idea to have one of your colleagues get in touch with me over the next couple of days in order to avoid needless expenses to be incurred in this case.

Regards,
Stefan

---

**From:** Danielle M. Espinet [mailto:DEspinet@rolinski.com]
**Sent:** Wednesday, November 16, 2005 4:41 PM
**To:** stefan shaibani
**Subject:** RE: Settlement Proposal

Stefan,

I have forwarded Bijan's settlement demands to my clients. They are in the process of reviewing such demand. I will be on vacation starting tomorrow. Therefore, we will respond no later than December 1, 2005.

Regards,

# Danielle M. Espinet, Esq.
Rolinski, Terenzio & Suarez, LLP
14915 River Road
Potomac, Maryland USA
ph: (240) 632-0903
fax: (240) 632-0906
DEspinet@Rolinski.com

----------NOTICE-------------------------------------
This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not one of the named recipient(s), please immediately notify the sender (240) 632-0903 and delete this e-mail message from your computer. Thank you.

---

**From:** stefan shaibani [mailto:stefan@litigationassociate.com]
**Sent:** Tuesday, November 08, 2005 1:32 PM
**To:** Danielle M. Espinet
**Subject:** Settlement Proposal

**EXHIBIT F**

1/9/2006