### stefan shaibani

**From:** stefan shaibani [stefan@litigationassociate.com]
**Sent:** Tuesday, November 22, 2005 2:53 PM
**To:** 'Danielle M. Espinet'
**Subject:** Modaressi v. Vedadi

Dear Danielle,

Attached please find Mr. Modaressi's response to your clients' settlement counter-offer. A hard copy has been deposited in the mail.

Regards,
Stefan

===============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**EXHIBIT G**