**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BIJAN MODARESSI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MOLOOK VEDADI; | ) |
| MORTEZA MODARESSI, | ) |
| Also known as MORY MODARESSI; | ) |
| MOJO PROJECTS, LLC, | )   Court No. 05 Civ. 2424 (JDB) |
| Operating as SALON RED; | ) |
| MOJO REALTY, LLC; | ) |
| MOJO PROPERTIES, LLC; | ) |
| YOSEF ASSEFA; | ) |
| JOHN DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF RELATED CASES

Pursuant to Local Civil Rule 40.5(b)(3), plaintiff, Bijan Modaressi, hereby informs the Court that the instant case is related to the notice of lis pendens issued by the Montgomery County Circuit Court in *Bijan Modaressi v. Molook Vedadi, et al.*, Case No. 267615-V, in that both cases involve the same real properties and parties at issue. A copy of the notice of new case number and the notice of lis pendens issued by the Montgomery County Circuit Court have been attached as Exhibit A to this notice of related cases.

2

                    Respectfully submitted,

Dated: January 10, 2006          /s/ Stefan Shaibani
                                        Stefan Shaibani (Bar No. 490024)
                                        LITIGATION ASSOCIATE, PLLC
                                        1150 Connecticut Avenue, N.W.
                                        Suite 900
                                        Washington, DC 20036
                                        Tel: (202) 862-4335
                                        Fax: (202) 828-4130

                                        *Attorney for plaintiff Bijan Modaressi*

CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2006, I electronically filed and caused to be served by First Class Mail copies of "PLAINTIFF'S NOTICE OF RELATED CASES" addressed as follows:

>Todd Forster
>Futrovsky, Nitkin & Scherr, Chartered
>77 S. Washington Street
>First Floor
>Rockville, Maryland 20850
>Tel: 301-251-8500
>
>Danielle M. Espinet
>Rolinsky, Ternzio & Saurez LLP
>14915 River Road
>Potomac, Maryland 20854
>Tel: 240-632-0903
>
>Matthew McClain
>Pillsbury Winthrop Shaw Pittman LLP
>2300 N Street, NW
>Washington, DC 20037
>Tel: 202-663-8183
>
>/s/ Stefan Shaibani