

**Molly Q. Ruhl**
**Clerk of the Circuit Court for Montgomery County, Maryland**
50 Maryland Avenue
Rockville, Maryland 20850-2397

December 28, 2005

RE:  Notice of New Case Number for
     BIJAN MODARESSI    vs MOLOOK VEDADI, ET AL
     Reference Case#: N/A
     Case Type: LIS PENDENS

Dear Sir/Madam:

Please be advised that the above referenced case was received on December 23, 2005, in the office of the Clerk for Montgomery County. This matter has been assigned case number 267615-V_____. Please include this case number on all future papers to be filed in this case.

Sincerely,

*Molly Q. Ruhl*
Clerk of the Circuit Court
for Montgomery County,
Maryland

KOOROSH DEHGHAN, ESQ
DEHGHAN BUSINESS & LEGAL CONSULTING
18534 CHERRY LAUREL LANE
GAITHERSBURG MD 20879

**EXHIBIT A**

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

BIJAN MODARESSI
PLAINTIFF

vs.                                      Case No.: 267615-V

MOLOOK VEDADI, ET AL
DEFENDANT

## NOTICE OF LIS PENDENS

**I HEREBY CERTIFY** that the following Lis Pendens was entered in the above entitled case on December 28th, 2005:

NOTICE OF LIS PENDENS AS TO PROPERTY LOCATED AT 224 MAIN STREET, GAITHERSBURG, MD 20878; 18732 WINDING CREEK PLACE, GERMANTOWN, MD 20874; 3752 BEL PRE ROAD, APARTMENT 9, SILVER SPRING, MD 20906 AND 13031 THYME COURT, GERMANTOWN, MD 20874, FILED.

**IN TESTIMONY WHEREOF,** I hereunto set my hand and affix the seal of this Court.

Molly Q. Ruhl
Clerk of the Circuit Court for
Montgomery County, Maryland

KOOROSH DEHGHAN, ESQ
DEHGHAN BUSINESS & LEGAL CONSULTING
18534 CHERRY LAUREL LANE
GAITHERSBURG MD 20879