UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BIJAN MODARESSI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case Number: 1:05CV02424 (JDB) |
| MOLOOK VEDADI, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

### NOTICE OF APPEARANCE

Sir/Madam Clerk:

    Please enter the appearance of Todd P. Forster, Esquire, and Futrovsky, Nitkin & Scherr, Chartered, on behalf of Defendants Morteza Modaressi, Mojo Projects, LLC, Mojo Realty, LLC, and Mojo Properties, LLC.

    Respectfully submitted,

    FUTROVSKY, NITKIN & SCHERR, CHARTERED

    _____/s/_____
Todd P. Forster (Bar No. 457146)
77 S. Washington Street, First Floor
Rockville, Maryland  20850
301-251-8500
301-251-8860 (fax)
*tpforster@fnslaw.com*
Counsel for Defendants Modaressi, Mojo Realty, LLC,
Mojo Properties, LLC and Mojo Projects, LLC

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 17th day of January, 2006, a copy of the foregoing Notice of Apperance was filed and electronically served upon:

Stefan Shaibani, Esquire
LITIGATION ASSOCIATES, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036
Counsel for Plaintiff Bijan Modaressi

Danielle Espinet, Esquire
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
Counsel for Defendant Vedadi

          _____/s/_____
          Todd P. Forster