UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BIJAN MODARESSI, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case Number: 1:05CV02424 (JDB) |
| MOLOOK VEDADI, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE

COME NOW Defendants Morteza Modaressi, Mojo Projects, LLC, Mojo Realty, LLC, Mojo Properties, LLC, and Molook Vedadi by and through their respective undersigned counsel, Todd P. Forster, Jason W. Shoemaker and Futrovsky, Nitkin & Scherr, Chartered, and Danielle M. Espinet and Rolinski & Suarez, LLP, and respectfully submit this Motion to Dismiss for Improper Venue:

1. On or about December 17, 2005, Defendant Morteza Modaressi (hereinafter "Modaressi") and Defendant Mojo Projects, LLC (hereinafter "Mojo Projects") were served with a Thirteen-Count Complaint filed in the United States District Court for the District of Columbia by Plaintiff Bijan Modaressi (hereinafter "Plaintiff").

2. On or about December 19, 2005, Defendant Mojo Realty, LLC (hereinafter "Mojo Realty") and Defendant Mojo Properties, LLC (hereinafter "Mojo Properties") were served with the aforementioned Complaint (Modaressi, Mojo Projects, Mojo Realty and Mojo Properties may be collectively referred to as the "Mojo Defendants").

3. On or about December 17, 2005, Defendant Molook Vedadi (hereinafter "Vedadi") was served with the aforementioned Complaint.

4.Dismissal of the Mojo Defendants and Defendant Vedadi is appropriate as the United States District Court for the District of Columbia is not the proper venue for this action.

5.The United States District Court for the District of Columbia is the wrong district in which to bring this action as: (a) Modaressi is not a resident of the District of Columbia; and (b) Mojo Projects is a limited liability company organized under the laws of the State of Maryland and is not licensed to do or doing business in the District of Columbia; (c) Mojo Realty is a limited liability company organized under the laws of the State of Maryland and is not licensed to do or doing business in the District of Columbia; (d) Mojo Properties is a limited liability company organized under the laws of the State of Maryland and is not licensed to do or doing business in the District of Columbia; and (e) Defendant Vedadi is not a resident of the District of Columbia.

4.The Mojo Defendants and Defendant Vedadi more fully set forth their arguments regarding improper venue in the Memorandum of Law in Support of Defendants' Motion to Dismiss for Improper Venue, filed as an attachment to this pleading and incorporated herein by reference.

For the foregoing reasons, and after review of the Memorandum of Law in Support of Defendants' Motion to Dismiss for Improper Venue, Defendants Morteza Modaressi, Mojo Projects, LLC, Mojo Realty, LLC Mojo Properties, LLC, and Molook Vedadi respectfully request that this Honorable Court dismiss all claims against them, and for such other and further relief as deemed mete and just.

Respectfully submitted,

FUTROVSKY, NITKIN & SCHERR, CHARTERED

/s/
_____
Todd P. Forster (Bar No. 457146)
Jason W. Shoemaker
77 S. Washington Street, First Floor
Rockville, Maryland 20850
(301) 251-8500
Counsel for Defendants Modaressi, Mojo Realty, LLC, Mojo Properties, LLC and Mojo Projects, LLC

ROLINSKI & SUAREZ, LLC

/s/
_____
Danielle M. Espinet, Esq. (Bar No. 478553)
14915 River Road
Potomac, Maryland 20854
Tel: 240-632-0903
Counsel for Defendant Vedadi

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January, 2006, a copy of the foregoing Memorandum of Law in Support of Defendants' Motion to Dismiss for Improper Venue was electronically filed and served to:

Stefan Shaibani, Esquire
LITIGATION ASSOCIATES, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036
Counsel for Plaintiff Bijan Modaressi

/s/
_____
Todd P. Forster

3