UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BIJAN MODARESSI,  )
  )
    Plaintiff,  )
  )
v.  )    **Case Number: 1:05CV02424 (JDB)**
  )
MOLOOK VEDADI, *et al.*,  )
  )
    Defendants.  )

## ORDER

IN CONSIDERATION OF Defendants' Motion to Dismiss for Improper Venue, and any opposition thereto;

IT IS this _____ day of _____, 2006,

HEREBY ORDERED that Defendants' Motion to Dismiss for Improper Venue is GRANTED;

AND IT IS FURTHER ORDERED that the above-captioned matter BE AND IS HEREBY DISMISSED.

_____
The Hon. John D. Bates
Judge, United States District Court