**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| BIJAN MODARESSI,                              ) | |
| )                                                        | |
| Plaintiff,                           ) | |
| )                                                        | |
| vs.                           ) | |
| )                                                        | |
| MOLOOK VEDADI;                              ) | |
| MORTEZA MODARESSI,                    ) | |
| Also known as MORY MODARESSI; )   Court No. 05 Civ. 2424 (JDB) | |
| MOJO PROJECTS, LLC,                    ) | |
| Operating as SALON RED;                    ) | |
| MOJO REALTY, LLC;                              ) | |
| MOJO PROPERTIES, LLC;                    ) | |
| YOSEF ASSEFA;                              ) | |
| JOHN DOES 1-10,                              ) | |
| )                                                        | |
| Defendants.                           ) | |
| _____ ) | |

**PLAINTIFF'S SECOND NOTICE OF LIS PENDENS**

Pursuant to 28 U.S.C. § 1964, plaintiff, Bijan Modaressi, respectfully requests the Court

to take notice that the following properties are directly affected by the outcome of this litigation

and are thus subject to the instant lis pendens:

(1) The property located at 604 Northwest 13th Street, No. 33, Boca Raton, Florida

33486, bearing the parcel identification number 06-43-47-19-22-604-0330, title to which is held

by Morteza Modaressi, Julie Ann Modaressi, and Alexander Modaressi.  The legal description of

this property is as follows:  "Unit No. 33, Building No. 604, Spanish Oaks, a Condominium,

according to the Declaration of Condominium thereof, as recorded in Official Record Book

3027, Page 229, of the Public Records of Palm Beach County, Florida, together with all

appurtenances and all amendments thereto; together with an undivided interest in the common

elements as set forth in the Declaration of Condominiums."

(2) The property located at 634 Northwest 13th Street, No. 23, Boca Raton, Florida 33486, bearing the parcel identification number 06-43-47-19-22-634-0230, title to which is held by Morteza Modaressi and Nicholas Modaressi.  The legal description of this property is as follows:  "Condominium Unit No. 23, Building 634, Spanish Oaks, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Record Book 3027, Page 229, and amendments thereto, of the Public Records of Palm Beach County, Florida."

This Court possesses jurisdiction over the defendants and the properties held by them as set forth in paragraphs 1 to 2 above pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1367, 18 U.S.C. § 1664(a) and (c), 28 U.S.C. § 1332(a)(1), and venue is proper under 28 U.S.C. § 1391(b), and 18 U.S.C. § 1965(b).

A notice of lis pendens is concurrently being filed in the Fifteenth Judicial Circuit of Florida, Circuit Civil.  Plaintiff reserves the right to file a third notice of lis pendens upon discovery of additional properties title to which is contested in this action.

Respectfully submitted,

Dated: January 25, 2006

/s/ Stefan Shaibani
Stefan Shaibani (Bar No. 490024)
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036
Tel:  (202) 862-4335
Fax: (202) 828-4130

*Attorney for plaintiff Bijan Modaressi*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 25, 2006, I electronically filed and caused to be served by

First Class Mail copies of "PLAINTIFF'S SECOND NOTICE OF LIS PENDENS" addressed as

follows:

Todd Forster
Futrovsky, Nitkin & Scherr, Chartered
77 S. Washington Street
First Floor
Rockville, Maryland 20850
Tel: 301-251-8500

Danielle M. Espinet
Rolinsky, Ternzio & Saurez LLP
14915 River Road
Potomac, Maryland 20854
Tel: 240-632-0903

Matthew McClain
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, DC 20037
Tel: 202-663-8183

<u>/s/ Stefan Shaibani</u>