UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, <br><br> Plaintiff, <br><br> vs. <br><br> MOLOOK VEDADI; <br> MORTEZA MODARESSI, <br> Also known as MORY MODARESSI; <br> MOJO PROJECTS, LLC, <br> Operating as SALON RED; <br> MOJO REALTY, LLC; <br> MOJO PROPERTIES, LLC; <br> YOSEF ASSEFA; <br> JOHN DOES 1-10, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Court No. 05 Civ. 2424 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF KOOROSH DEHGHAN

I, Koorosh Dehghan, Esq., declare as follows:

1. I am plaintiff Bijan Modaressi's Maryland attorney.

2. I was requested by plaintiff's counsel, Stefan Shaibani, to determine whether defendant Morteza Modaressi possessed any real properties in Florida.

3. My review of public records from the Recorder of Deeds in Palm Beach County, Florida, revealed that defendant Modaressi purchased two properties in Florida in December 2004 and May 2005.

4. Attached as Exhibit A is a true and correct copy of the Warranty Deed issued by Sharon R. Bock, Clerk and Comptroller of Palm Beach County, Florida, dated January 20, 2006. The deed indicates that on December 2, 2004, defendant Modaressi, Julie Ann Modaressi (defendant

Modaressi's ex-wife), and Alexander J. Modaressi (defendant Modaressi's son) purchased a condominium located at 604 Northwest 13th Street, No. 33, Boca Raton, Florida 33486.

5. The deed for this condominium was recorded in Palm Beach County, Florida, on January 5, 2005.

6. The purchase price for this condominium was $170,000.

7. Attached as Exhibit B is a true and correct copy of the Warranty Deed issued by Sharon R. Bock, Clerk and Comptroller of Palm Beach County, Florida, dated January 20, 2006. The deed indicates that on May 23, 2005, defendant Modaressi and Nicholas Modaressi (defendant Modaressi's son), purchased a condominium located at 634 Northwest 13th Street, No. 23, Boca Raton, Florida 33486.

8. The deed for this condominium was recorded in Palm Beach County, Florida, on June 1, 2005.

9. The purchase price for this condominium was $215,000.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: January 26, 2006

_____
Koorosh Dehghan, Esq.
18534 Cherry Laurel Lane
Gaithersburg, Maryland 20879

2

Prepared by, record and return to:
Saretto Traina
22693 Royal Crown Terrace
Boca Raton, FL 33433

CFN 20050009995
OR BK 17982 PG 0952
RECORDED 01/06/2005 15:53:45
Palm Beach County, Florida
AMT 170,000.00
Doc Stamp 1,190.00
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0952 - 953; (2pgs)

Parcel ID Number: 06-43-47-19-22-604-0330
Grantee #1 TIN:
Grantee #2 TIN:

# Warranty Deed

**This Indenture,** Made this 2nd day of December, 2004 A.D., Between
Marina Cid

of the County of Palm Beach, State of Florida, grantor, and
Morteza Modaressi and Julie Ann Modaressi, husband and wife and
Alexander J. Modaressi, a single man
whose address is: 604 NW 13th Street #33, Boca Raton, FL 33486

of the County of Palm Beach, State of Florida, grantees.

**Witnesseth** that the GRANTOR, for and in consideration of the sum of
------------------------TEN DOLLARS ($10)------------------------ DOLLARS,
and other good and valuable consideration to GRANTOR in hand paid by GRANTEES, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said GRANTEES and GRANTEES' heirs, successors and assigns forever, the following described land, situate, lying and being in the County of Palm Beach State of Florida to wit:

Unit No. 33, Building No. 604, SPANISH OAKS, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Record Book 3027, Page 229, of the Public Records of Palm Beach County, Florida, together with all appurtenances and all amendments thereto; together with an undivided interest in the common elements as set forth in the Declaration of Condominium.

Subject to current taxes, easements and restrictions of record.

and the grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.
**In Witness Whereof,** the grantor has hereunto set her hand and seal the day and year first above written.
Signed, sealed and delivered in our presence:

Printed Name: John S. Renner
Witness

_____ (Seal)
Marina Cid
P.O. Address:

Printed Name: Mike Vegri
Witness

STATE OF Florida
COUNTY OF Palm Beach
The foregoing instrument was acknowledged before me this 2nd day of December, 2004 by
Marina Cid

she is personally known to me or she has produced her Florida driver's license as identification.

John S. Renner
Commission #DD307415
Expires: Apr 06, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

Printed Name: John S. Renner
Notary Public
My Commission Expires:

04-1194

Laser Generated by © Display Systems, Inc., 2003 (863) 763-5555 Form FLWD-1

Book17982/Page952        Page 1 of 2        **Exhibit A**

## SPANISH OAKS CONDOMINIUM ASSOCIATION, INC.
## OAKS OF BOCA

### CERTIFICATE OF APPROVAL OF PURCHASER

This is to certify that **Morteza Modaressi** have / has been approved by the undersigned Condominium Association as the purchaser(s) of the following described property in Palm Beach County, Florida.
Parcel **33** of Building **604** such approval has been given pursuant to the provisions of the declaration of condominiums of such condominium.

There are, as of this date unpaid assessments in the amount of _____ against said parcel.

Dated this _2wo_ day of _DEC_ A.D., 200_4_

Spanish Oaks Condominium Association, Inc.

By: _Rita Schm_  V.P

SALVATORE A. IPPOLITO
Notary Public, State of Florida
My comm. exp. Mar. 13, 2005
Comm. No. DD 009236

Attest: _____

State of Florida, County of Palm Beach

Before me personally appeared _Rita Schm_ and _Igac Block_ to me well known and known to me to be the individuals described in and executed the foregoing instrument as officers of the above named corporation and severally acknowledged to and before me that they executed such instrument as officers of said corporation and that the seal affixed to the foregoing instrument is the corporate seal of said corporation and that it was affixed to said instrument by due and regular corporate authority and that said instrument is the free act and deed of said corporation.

Witness my hand and official seal, this _2ed_ day of _December_ A.D., 2004

Notary public

SALVATORE A. IPPOLITO
Notary Public, State of Florida
My comm. exp. Mar. 13, 2005
Comm. No. DD 009236

600 NW 13TH STREET, BOCA RATON, FLORIDA 33486

Book17982/Page953     Page 2 of 2

I hereby certify that the foregoing is a true copy of the record in my office this day, Jan 20, 2006.
Sharon R. Bock, Clerk Circuit Court, Palm Beach County, Florida
BY _____ Deputy Clerk

# This Warranty Deed

Made this 23rd day of May, 2005 by
**DANIEL CASTRONOVA AND VALERIE CASTRONOVA, HUSBAND AND WIFE and MICHAEL CASTRONOVA, A SINGLE MAN**

hereinafter called the grantor, to
**MORTEZA MODARESSI, A SINGLE MAN and NICHOLAS MODARESSI, A SINGLE MAN**

whose post office address is:
**224 MAINE STREET
GAITHERSBURG, MD 20878**

```
CFN 20050332589
OR BK 18666 PG 1703
RECORDED 06/01/2005 08:59:19
Palm Beach County, Florida
AMT 215,000.00
Doc Stamp 1,505.00
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 1703 - 1704; (2pgs)
```

hereinafter called the grantee:
(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations.)

**Witnesseth**, that the grantor, for and in consideration of the sum of $10.00 and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in **PALM BEACH** County, Florida, viz:

Condominium Unit No. 23, Building 634, SPANISH OAKS, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Record Book 3027, Page 229, and amendments thereto, of the Public Records of Palm Beach County, Florida.

Subject to covenants, restrictions, easements of record and taxes for the current year.

Parcel Identification Number: 06-43-47-19-22-634-0230
**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
**To Have and to Hold**, the same in fee simple forever.
And the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to **December 31, 2004**
In Witness Whereof, the said grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence:*

Witness: (Signature)
Print Name: Christopher Castronova

Witness: (Signature)
Print Name: Deborah Dorenkott

Witness: (Signature)
Print Name: _____

Witness: (Signature)
Print Name: _____

DANIEL CASTRONOVA
1350 ~~ELLEN~~ Allen ROAD
PENFIELD, NY 14526

VALERIE CASTRONOVA BY DANIEL CASTRONOVA MY ATTORNEY IN FACT
1350 ~~ELLEN~~ Allen ROAD
PENFIELD, NY 14526

MICHAEL CASTRONOVA
634 NORTHWEST 13TH STREET #23
BOCA RATON, FL 33486-2626

State of Florida
County of PALM BEACH

The foregoing instrument was acknowledged before me this 23rd day of May, 2005, by **DANIEL CASTRONOVA AND VALERIE CASTRONOVA, HUSBAND AND WIFE and MICHAEL CASTRONOVA, A SINGLE MAN**, who is personally known to me or who has produced _____ as identification.

NOTARY PUBLIC (signature)
Print Name: Deborah Dorenkott
My Commission Expires:
Stamp/Seal:

Deborah L. Dorenkott
Commission #DD146992
Expires: Sep 03, 2006
Bonded Thru
Atlantic Bonding Co., Inc.

Prepared by and Returned to:
Maria L Raspanti
Sunbelt Title Agency
2301 West Glades Road, Suite F
Boca Raton, FL 33431
File Number: 745050224

Incident to the issuance of a title insurance contract.
warrantydeed.dot

Record and Return to:
Sunbelt Title Agency
2211 Lee Rd, Suite 218
Winter Park FL 32789
File No. 745050224

## SPANISH OAKS CONDOMINIUM ASSOCIATION, INC.
## OAKS OF BOCA
### CERTIFICATE OF APPROVAL OF PURCHASER

This is to certify that Mileva Mowress has been approved by the undersigned Condominium Association as the purchaser(s) of the following described property in Palm Beach County, Florida,

Parcel 23 of Building 634 such approval has been given pursuant to the provisions of the declaration of condominiums of such condominium.

There are, as of this date unpaid assessments in the amount of ___0___ against said parcel.

Dated this 20th day of May, 2005.
Spanish Oaks Condominium Association, Inc.

By: X _____ — Tobias —

Attest: _____ Rita Solon V.P.

State of Florida, County of Palm Beach
Before me personally appeared _____ and _____
to me well known and known to me to be the individuals described in and executed the foregoing instrument as officers of the above named corporation and severally acknowledged to and before me that they executed such instrument as officers of said corporation and that the seal affixed to the foregoing instrument is the corporate seal of said corporation and that it was affixed to said instrument by due and regular corporate authority and that said instrument is the free act and deed of said corporation.

Witness my hand and official seal, this 20th day of May A.D., 2005.

_____ Notary public

600 NW 13TH STREET, BOCA RATON, FLORIDA

7450508824

Book18666/Page1704                                  Page 2 of 2

I hereby certify that the foregoing is a true copy of the record in my office this day, Jan 20, 2006.
Sharon R. Bock, Clerk Circuit Court, Palm Beach County, Florida
BY _____ Deputy Clerk