UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    vs. | ) |
| | ) |
| MOLOOK VEDADI; | ) |
| MORTEZA MODARESSI, | ) |
| Also known as MORY MODARESSI; | ) |
| MOJO PROJECTS, LLC, | )    Court No. 05 Civ. 2424 (JDB) |
| Operating as SALON RED; | ) |
| MOJO REALTY, LLC; | ) |
| MOJO PROPERTIES, LLC; | ) |
| YOSEF ASSEFA; | ) |
| JOHN DOES 1-10, | ) |
| | ) |
|    Defendants. | ) |

## PROPOSED ORDER

Upon consideration of the joint motion to dismiss for improper venue filed by defendants Morteza Modaressi, Mojo Properties, LLC, Mojo Projects, LLC, Mojo Realty, LLC, and Molook Vedadi ("RICO defendants"), plaintiff's opposition thereto, and upon consideration of plaintiff's motion to strike the RICO defendants' motion to dismiss for improper venue and application for entry of default against the RICO defendants, the RICO defendants opposition thereto, and all other pertinent papers, it is hereby

ORDERED that the RICO defendants' motion to dismiss for improper venue is DENIED; and it is further

ORDERED that plaintiff's motion to strike the RICO defendants' motion to dismiss is GRANTED; and it is further

ORDERED that plaintiff's application for entry of default against the RICO defendants is GRANTED.

Dated: _____, 2006

_____
John D. Bates, Judge