UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BIJAN MODARESSI,  )
　　　　　　　　　　　)
　　　　Plaintiff,　　)
　　　　　　　　　　　)
vs.　　　　　　　　　)
　　　　　　　　　　　)　Civil A. No. 1:05CV02424 (JDB)
MOLOOK VEDADI, *et al.*,　)
　　　　　　　　　　　)
　　　　Defendants.　)
　　　　　　　　　　　)

### DECLARATION OF YOSEF ASSEFA REGARDING MATTERS RELATED TO THIS COURT'S EXERCISE OF PERSONAL JURISDICTION

I, Yosef Assefa, do hereby declare:

1. I am a national of Ethiopia and I immigrated to the United States in 1986, where I am now a permanent resident. I now live at 1904 Patuxent View Ct., Brookeville, MD, with my wife and five children.

2. I am a professional realtor licensed in the State of Maryland. I sell properties in Maryland and I also own Maryland properties as investments for their rental value. I do no business and own no property in the District of Columbia, nor am I licensed there.

3. I have never met Plaintiff Bijan Modaressi or Defendant Morteza Modaressi. I am not familiar with, nor have I ever had any interactions with Defendants Mojo Projects, LLC (purportedly operating as Salon Red), Mojo Realty, LLC, or Mojo Properties, LLC. I had never heard of these individuals and entities, respectively, until I read the Complaint in this case.

4. My sole interaction with Defendant Molook Vedadi was in Maryland at the closing of my purchase of property located at 13031 Thyme Court in Germantown, Maryland, from her on or about March 11, 2005. I never had any contact with her prior to that meeting, and

I have had no subsequent interactions with her. I do not know and I never inquired how or why she first acquired the property four years earlier.

5. My sole interaction with Julie Modaressi was in connection with my purchase of 13031 Thyme Court. She was the listing agent for 13031 Thyme Court, so I spoke with her briefly on the phone leading up to my purchase of that property, and then met her on or about March 11, 2005, when we closed on the sale of the property. I have never had any other interactions with Ms. Modaressi.

6. I am not familiar with, and have never visited, Chelsea's, Hammel's West, or any other nightclub in Georgetown. The first time I ever heard of Chelsea's or Hammel's West was when I read the Complaint in this case.

7. I have no contacts in the District of Columbia of any significance. I have never owned, had an interest in, used, or possessed any property in the District of Columbia. I have never transacted or solicited business of any kind, contracted to supply services, engaged in any persistent course of conduct, or derived any revenue from goods used or consumed or services rendered in the District of Columbia. I have never contracted to insure or act as surety for or on any person, property, or risk, contract, obligation, or agreement located, executed, or to be performed within the District of Columbia at the time of contracting.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 29, 2006.

Yosef Assefa