UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MOLOOK VEDADI, *et al.*, )<br>)<br>Defendants. )<br>) | Civil A. No. 1:05CV02424 (JDB) |

**PROPOSED ORDER**

Upon consideration of the Defendant's Yosef Assefa's Motion to Dismiss for Lack of Jurisdiction Over the Person and for Failure to State a Claim Upon Which Relief Can Be Granted ("Motion"), and the entire record in this case, it is this _____ day of _____, 2006,

ORDERED that the Motion is hereby GRANTED and it is further

ORDERED that the case against Defendant Yosef Assefa is hereby dismissed.

_____
Hon. John D. Bates
United States District Judge

400309446v1

Copies by ECF to:

Stephan Shaibani
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW
Suite 900
Washington, DC 20036

Todd P. Forster
Jason W. Shoemaker
FUTROVSKI, NITKIN & SCHERR, CHARTERED
77 S. Washington Street, First Floor
Rockville, MD 20850

Danielle M. Espinet
ROLINSKI & SUAREZ, LLC
14915 River Road
Potomac, MD 20854

Deborah B. Baum
Anne E. Langford
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
Tel: (202) 663-8000
Fax: (202) 663-8007