UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI,<br><br>    Plaintiff,<br><br>vs.<br><br>MOLOOK VEDADI, *et al.*,<br><br>    Defendants. | Civil A. No. 1:05CV02424 (JDB) |

## STIPULATION OF DISMISSAL

Plaintiff Bijan Modaressi ("Modaressi") and Defendant Yosef Assefa ("Assefa") hereby stipulate as follows:

1. That Assefa hereby withdraws his Motion to Dismiss for Lack of Personal Jurisdiction, or, in the Alternative, for Failure to State a Claim Upon Which Relief Can Be Granted; and

2. That the Complaint in this case is hereby dismissed with prejudice as to Assefa.

3. Each party will bear responsibility for his own costs, expenses, and attorney's fees.

Date: 2/8/06

BIJAN MODARESSI
By Counsel

_____
Stefan Shaibani (D.C. Bar No. 490024)
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Ave., N.W.
Suite 900
Washington, DC 20036
Tel: 202-862-4335
Fax: 202-828-4130

YOSEF ASSEFA
By Counsel

_____
Deborah B. Baum (D.C. Bar No. 393019)
Anne E. Langford (D.C. Bar No. 492271)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC 20037
Tel: 202-663-8000
Fax: 202-663-8007

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2006, the foregoing Stipulation of Dismissal was filed electronically and served via First Class, postage-prepaid mail on the following counsel of record:

Stephan Shaibani
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW
Suite 900
Washington, DC 20036

Todd P. Forster
Jason W. Shoemaker
FUTROVSKI, NITKIN & SCHERR, CHARTERED
77 S. Washington Street, First Floor
Rockville, MD 20850

Danielle M. Espinet
ROLINSKI & SUAREZ, LLC
14915 River Road
Potomac, MD 20854

/s/ Deborah B. Baum
Deborah B. Baum

400318445v1