UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 05 Cv 2424 JDB |
| MOLOOK VEDADI, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

Upon consideration of Plaintiff's Motion to Strike the RICO Defendants' Motion to Dismiss and Application for Entry of Default Against the RICO Defendants, the oppositions thereto, and the record as a whole, it is this _____ day of _____, 2006, by the United States District Court for the District of Columbia, hereby,

ORDERED that Plaintiff's Motion to Strike the RICO Defendants' Motion to Dismiss and Application for Entry of Default Against the RICO Defendants is DENIED.

_____
The Hon. John D. Bates
Judge, United States District Court