UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MOLOOK VEDADI; | ) |
| MORTEZA MODARESSI, | ) |
| Also known as MORY MODARESSI; | ) |
| MOJO PROJECTS, LLC, | )   Court No. 05 Civ. 2424 (JDB) |
| Operating as SALON RED; | ) |
| MOJO REALTY, LLC; | ) |
| MOJO PROPERTIES, LLC; | ) |
| YOSEF ASSEFA; | ) |
| JOHN DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF LIS PENDENS
AS TO PROPERTY OWNED BY YOSEF ASSEFA**

Pursuant to 28 U.S.C. § 1964 and Title 12, Chapter 102 of the Code of Maryland, plaintiff, Bijan Modaressi, respectfully requests the Court to take notice that the following property is no longer subject to the lis pendens filed in this Court and issued by the Montgomery County Circuit Court on December 23, 2005: the property located at 13031 Thyme Court, Germantown, Maryland 20874, in the legal subdivision Germantown Park, bearing the tax identification number 160901625161, title to which is held by defendant Yosef Assefa. This notice of withdrawal does not apply to the other properties subject to lis pendens in the above-captioned matter.

A notice of withdrawal of lis pendens as to the property owned by Yosef Assefa is concurrently being filed at the Montgomery County Circuit Court.

2

                    Respectfully submitted,

Dated: February 14, 2006                /s/ Stefan Shaibani
                                                  Stefan Shaibani (Bar No. 490024)
                                                  LITIGATION ASSOCIATE, PLLC
                                                  1150 Connecticut Avenue, N.W.
                                                  Suite 900
                                                  Washington, DC 20036
                                                  Tel: (202) 862-4335
                                                  Fax: (202) 828-4130

                                                  *Attorney for plaintiff Bijan Modaressi*

CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2006, I electronically filed "NOTICE OF WITHDRAWAL OF LIS PENDENS AS TO PROPERTY OWNED BY YOSEF ASSEFA" addressed as follows:

>Todd Forster
>Futrovsky, Nitkin & Scherr, Chartered
>77 S. Washington Street
>First Floor
>Rockville, Maryland 20850
>Tel: 301-251-8500
>
>Danielle M. Espinet
>Rolinsky, Ternzio & Saurez LLP
>14915 River Road
>Potomac, Maryland 20854
>Tel: 240-632-0903
>
>Matthew MacLean
>Pillsbury Winthrop Shaw Pittman LLP
>2300 N Street, NW
>Washington, DC 20037
>Tel: 202-663-8183
>
>/s/ Stefan Shaibani