UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BIJAN MODARESSI,

    Plaintiff,

        v.                                  Civil Action No. 05-2424 (JDB)

MOLOOK VEDADI, ET AL.,

    Defendants.

**ORDER**

Upon consideration of entire record, and for the reasons stated in the memorandum opinion issued on this date, it is this 24th day of July, 2006, hereby

**ORDERED** that [8] defendants' motion to dismiss the complaint for improper venue is **DENIED**; it is further

**ORDERED** that [11] plaintiff's motion to strike defendants' motion to dismiss and for entry of default is **DENIED**; it is further

**ORDERED** that defendants shall file a responsive pleading by not later than August 11, 2006; and it is further

**ORDERED** that the initial scheduling conference in this matter is set for September 13, 2006, at 9:00 a.m. in Courtroom 8. Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise. Parties are welcome to attend. Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Rule 26(f) of the Federal Rules of Civil Procedure and shall submit their Joint Rule 16.3 Report

addressing the topics listed in Local Civil Rule 16.3(c) no later than fourteen days following their conference, see L. Civ. R.16.3(d), and in no event less than three business days before the initial scheduling conference. Written communication with the Court is to be by motion, opposition, and reply, rather than letter. See L. Civ. R. 5.1(b). The parties are directed to the requirements of Local Civil Rule 7.1(c) regarding the submission of proposed orders with all motions and oppositions and to the requirements of Local Civil Rule 7.1(m) regarding the duty to confer on all nondispositive motions (including those for enlargements of time).

                                                                                       /s/ John D. Bates
                                                                                    JOHN D. BATES
                                                                    United States District Judge

Copies to:

Stefan Shaibani
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW, 9th Floor
Washington, DC  20036
Email: stefan@litigationassociate.com

>*Counsel for plaintiff*


Danielle M. Espinet
ROLINSKI & SUAREZ, L.L.P.
14915 River Road
Potomac, MD  20854
Email: despinet@rolinski.com

>*Counsel for defendant Molook Vedadi*


Todd Perry Forster
FUTROVSKY, NITKIN & SCHERR, CHARTERED
77 South Washington Street, First Floor
Rockville, MD  20850
Email: tpforster@fnslaw.com

>*Counsel for defendants Morteza Modaressi;, Mojo Projects, LLC; Mojo Realty, LLC; and Mojo Properties, LLC*