**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Bijan Modaressi | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:05CV2424 (JDB) |
| | : | |
| Molook Vedadi, *et.al.* | : | |
| | : | |
|     Defendants. | : | |

**ANSWER OF MOLOOK VEDADI TO
PLAINTIFF'S COMPLAINT**

COMES NOW, Defendant Molook Vedadi, ("Vedadi") by and through undersigned counsel, and for her answer to Plaintiff's Complaint states as follows:

**RESPONSES TO NUMBERED PARAGRAPHS**

In response to the separately numbered paragraphs of Plaintiff's Complaint, Defendant Vedadi states:

    1.    Defendant Vedadi denies the allegations in Paragraph 1 of the Complaint.

    2.    Defendant Vedadi denies the allegations in Paragraph 2 of the Complaint.

    3.    Defendant Vedadi denies the allegations in Paragraph 3 of the Complaint.

    3a.    Defendant Vedadi denies the allegations in Paragraph 3a of the Complaint.

    4.    The allegations contained in Paragraph 4 of the Complaint are conclusions of law to which no response is required. To the extent a response is deemed to be required, Defendant Vedadi denies the allegations.

5. The allegations contained in Paragraph 5 of the Complaint are conclusions of law to which no response is required. To the extent a response is deemed to be required, Defendant Vedadi denies the allegations.

6. Defendant Vedadi denies the allegations in Paragraph 6 of the Complaint.

7. Defendant Vedadi denies the allegations in Paragraph 7 of the Complaint.

8. Defendant Vedadi neither admits or denies the allegations in Paragraph 8 of the Complaint.

9. Defendant Vedadi admits the allegations in Paragraph 9 of the Complaint.

10. Defendant Vedadi neither admits or denies the allegations in Paragraph 10 of the Complaint.

11. Defendant Vedadi neither admits or denies the allegations in Paragraph 11 of the Complaint.

12. Defendant Vedadi neither admits or denies the allegations in Paragraph 12 of the Complaint.

13. Defendant Vedadi neither admits or denies the allegations in Paragraph 13 of the Complaint.

14. Defendant Vedadi neither admits or denies the allegations in Paragraph 14 of the Complaint.

15. Defendant Vedadi neither admits or denies the allegations in Paragraph 15 of the Complaint.

16. Defendant Vedadi neither admits or denies the allegations in Paragraph 16 of the Complaint.

17. Defendant Vedadi neither admits or denies the allegations in Paragraph 17 of the Complaint.

18. Defendant Vedadi neither admits or denies the allegations in Paragraph 18 of the Complaint.

19. Defendant Vedadi neither admits or denies the allegations in Paragraph 19 of the Complaint.

20. Defendant Vedadi neither admits or denies the allegations in Paragraph 20 of the Complaint.

21. Defendant Vedadi denies the allegations in Paragraph 21 of the Complaint.

22. Defendant Vedadi admits the allegations in Paragraph 22 of the Complaint, but states that she maintained her apartment located at 10250 Westlake Drive, Unit 610, Bethesda, Maryland 20817.

23. Defendant Vedadi denies the allegations in Paragraph 23 of the Complaint.

24. Defendant Vedadi neither admits or denies the allegations in Paragraph 24 of the Complaint.

25. Defendant Vedadi denies the allegations in Paragraph 25 of the Complaint.

26. Defendant Vedadi denies the allegations in Paragraph 26 of the Complaint.

27. Defendant Vedadi denies the allegations in Paragraph 27 of the Complaint.

28. In response to the allegations contained in Paragraph 28 of the Complaint, Defendant Vedadi states that the letter speaks for itself.  She denies that she embezzled any money from Plaintiff or Chelsea's and demands strict proof thereof.  Defendant Vedadi denies the remainder of the allegations in Paragraph 28 of the Complaint.

29. Defendant Vedadi denies the allegations in Paragraph 29 of the Complaint.

30. Defendant Vedadi denies the allegations in Paragraph 30 of the Complaint.

31. Defendant Vedadi denies the allegations in Paragraph 31 of the Complaint.

32. Defendant Vedadi denies the allegations in Paragraph 32 of the Complaint.

33. Defendant Vedadi denies the allegations in Paragraph 33 of the Complaint.

34. Defendant Vedadi denies the allegations of Sentence 1 in Paragraph 34 of the Complaint.  The allegations contained in Sentence 2 of Paragraph 34 of the Complaint are conclusions of law to which no response is required.  To the extent a response is deemed to be required, Defendant Vedadi denies the allegations.

35. Defendant Vedadi denies the allegations of Sentence 1 in Paragraph 35 of the Complaint.  The allegations contained in Sentence 2 of Paragraph 35 of the Complaint are conclusions of law to which no response is required.  To the extent a response is deemed to be required, Defendant Vedadi denies the allegations.

36. Defendant Vedadi denies the allegations of Sentence 1 and 2 in Paragraph 36 of the Complaint. The allegations contained in Sentence 3 of Paragraph 36 of the Complaint are conclusions of law to which no response is required. To the extent a response is deemed to be required, Defendant Vedadi denies the allegations.

37. In response to the allegations contained in Sentence 1 of Paragraph 37 of the Complaint, Defendant Vedadi states that she did invest in three properties in the state of Maryland and sold one of them to Yosef Assefa. She denies that the funds used to purchase any properties in Maryland, or elsewhere, were embezzled or that the purchase of the properties was in "pursuit of [their] embezzlement scheme." In response to the allegations of Sentence 2 in Paragraph 37 of the Complaint, Defendant Vedadi states that some of the property in Maryland was leased to tenants, but denies any failure report and pay taxes on the rental income generated from the properties. Defendant Vedadi denies the remainder of the allegations in Paragraph 37 of the Complaint.

38. Defendant Vedadi denies the allegations of Sentence 1 in Paragraph 38 of the Complaint, except that she admits she purchased said property. Defendant Vedadi denies the allegations of Sentence 2 in Paragraph 38 of the Complaint, except that she did lease the property to an unrelated third party. Defendant Vedadi admits the remainder of the allegations in Paragraph 38 of the Complaint.

39. Defendant Vedadi denies the allegations of Sentence 1 in Paragraph 39 of the Complaint, except that she admits she purchased said property. Defendant Vedadi denies the allegations of Sentence 2 in Paragraph 39 of the Complaint, except that she did lease the property to an unrelated third party. Defendant Vedadi admits the remainder of the allegations in Paragraph 39 of the Complaint.

40. Defendant Vedadi denies the allegations of Sentence 1 in Paragraph 40 of the Complaint, except that she admits she purchased said property. Defendant Vedadi admits the allegations of Sentence 2 in Paragraph 40 of the Complaint. Defendant Vedadi denies the allegations of Sentence 3 in Paragraph 40 of the Complaint, except that she did lease the property to an unrelated third party. Defendant Vedadi admits the remainder of the allegations in Paragraph 40 of the Complaint.

41. In response to Sentence 1 of Paragraph 41 of the Complaint, Defendant Vedadi admits only that she sold said property to Yosef Assefa in an arms length transaction for valuable consideration and that Julie Modaressi was the listing agent. Defendant Vedadi admits the allegations contained in Sentence 2 of Paragraph 41 of the Complaint. Defendant Vedadi denies the remainder of the allegations of Paragraph 41 of the Complaint.

42. The allegations contained in Paragraph 42 of the Complaint are conclusions of law to which no response is required. To the extent a response is deemed to be required, Defendant Vedadi denies the allegations.

43. Defendant Vedadi is without sufficient information to either admit or deny the allegations of Paragraph 43 of the Complaint.

44. Defendant Vedadi is without sufficient information to either admit or deny the allegations of Paragraph 44 of the Complaint.

45. Defendant Vedadi is without sufficient information to either admit or deny the allegations of Paragraph 45 of the Complaint.

46. Defendant Vedadi is without sufficient information to either admit or deny the allegations of Paragraph 46 of the Complaint.

47.     Defendant Vedadi is without sufficient information to either admit or deny the allegations of Paragraph 47 of the Complaint.

48.     Defendant Vedadi is without sufficient information to either admit or deny the allegations of Paragraph 48 of the Complaint.

49.     Defendant Vedadi denies the allegations in Paragraph 49 of the Complaint.

50.     Defendant Vedadi denies the allegations in Paragraph 50 of the Complaint.

51.     Defendant Vedadi is without sufficient information to either admit or deny the allegations of Paragraph 51 of the Complaint.

52.     Defendant Vedadi is without sufficient information to either admit or deny the allegations in Sentence 1 of Paragraph 52 of the Complaint.  Defendant Vedadi denies the remainder of the allegations of Paragraph 52 of the Complaint.

53.     Defendant Vedadi is without sufficient information to either admit or deny the allegations of Paragraph 53 of the Complaint.

54.     Defendant Vedadi denies the allegations contained in Paragraph 54 of the Complaint.

## COUNT ONE

### (18 U.S.C. § 1964(C))

55.     In response to the allegations contained in Paragraph 55 of the Complaint, Defendant Vedadi incorporates by reference and restates herein her responses to the allegations contained in Paragraphs 1 through 54 of the Complaint.

56. Defendant Vedadi denies the allegations contained in Paragraph 56 of the Complaint.

57. Defendant Vedadi denies the allegations contained in Paragraph 57 of the Complaint.

58. Defendant Vedadi denies the allegations contained in Paragraph 58 of the Complaint.

59. Defendant Vedadi denies the allegations contained in Paragraph 59 of the Complaint.

60. Defendant Vedadi denies the allegations contained in Paragraph 60 of the Complaint.

61. Defendant Vedadi denies the allegations contained in Paragraph 61 of the Complaint.

62. Defendant Vedadi denies the allegations contained in Paragraph 62 of the Complaint.

63. Defendant Vedadi denies the allegations contained in Paragraph 63 of the Complaint.

64. Defendant Vedadi denies the allegations contained in Paragraph 64 of the Complaint.

65. Defendant Vedadi denies the allegations contained in Paragraph 65 of the Complaint.

65a. Defendant Vedadi denies the allegations contained in Paragraph 65a of the Complaint.

65b. Defendant Vedadi denies the allegations contained in Paragraph 65b of the Complaint.

65c. Defendant Vedadi denies the allegations contained in Paragraph 65c of the Complaint.

65d. Defendant Vedadi denies the allegations contained in Paragraph 65d of the Complaint.

65e. Defendant Vedadi denies the allegations contained in Paragraph 65e of the Complaint.

65f. Defendant Vedadi denies the allegations contained in Paragraph 65f of the Complaint.

65g. Defendant Vedadi denies the allegations contained in Paragraph 65g of the Complaint.

65h. Defendant Vedadi denies the allegations contained in Paragraph 65h of the Complaint.

65i. Defendant Vedadi denies the allegations contained in Paragraph 65i of the Complaint.

66. Defendant Vedadi denies the allegations contained in Paragraph 66 of the Complaint.

67. Defendant Vedadi denies the allegations contained in Paragraph 67 of the Complaint.

68. Defendant Vedadi denies the allegations contained in Paragraph 68 of the Complaint.

69. Defendant Vedadi denies the allegations contained in Paragraph 69 of the Complaint.

## COUNT TWO

### (violation of 18 U.S.C. § 1962(a))

70. In response to the allegations contained in Paragraph 70 of the Complaint, Defendant Vedadi incorporates by reference and restates herein her responses to the allegations contained in Paragraphs 1 through 69 of the Complaint.

71. Defendant Vedadi denies the allegations contained in Paragraph 71 of the Complaint.

72. Defendant Vedadi denies the allegations contained in Paragraph 72 of the Complaint.

73. Defendant Vedadi denies the allegations contained in Paragraph 73 of the Complaint.

74. Defendant Vedadi denies the allegations contained in Paragraph 74 of the Complaint.

## COUNT THREE

### (violation of 18 U.S.C. § 1962(b))

75. In response to the allegations contained in Paragraph 75 of the Complaint, Defendant Vedadi incorporates by reference and restates herein her responses to the allegations contained in Paragraphs 1 through 74 of the Complaint.

76. Defendant Vedadi denies the allegations contained in Paragraph 76 of the Complaint.

77. Defendant Vedadi denies the allegations contained in Paragraph 77 of the Complaint.

78. Defendant Vedadi denies the allegations contained in Paragraph 78 of the Complaint.

79. Defendant Vedadi denies the allegations contained in Paragraph 79 of the Complaint.

## COUNT FOUR

### (violation of 18 U.S.C. § 1962(C))

80. In response to the allegations contained in Paragraph 80 of the Complaint, Defendant Vedadi incorporates by reference and restates herein her responses to the allegations contained in Paragraphs 1 through 79 of the Complaint.

81. Defendant Vedadi denies the allegations contained in Paragraph 81 of the Complaint.

82. Defendant Vedadi denies the allegations contained in Paragraph 82 of the Complaint.

83. Defendant Vedadi denies the allegations contained in Paragraph 83 of the Complaint.

84. Defendant Vedadi denies the allegations contained in Paragraph 84 of the Complaint.

## COUNT FIVE

### (Conversion)

85. In response to the allegations contained in Paragraph 85 of the Complaint, Defendant Vedadi incorporates by reference and restates herein her responses to the allegations contained in Paragraphs 1 through 84 of the Complaint.

86. Defendant Vedadi denies the allegations contained in Paragraph 86 of the Complaint.

87. Defendant Vedadi denies the allegations contained in Paragraph 87 of the Complaint.

88. Defendant Vedadi denies the allegations contained in Paragraph 88 of the Complaint.

## COUNT SIX

### (fraudulent misrepresentation and/or omission)

89. In response to the allegations contained in Paragraph 89 of the Complaint, Defendant Vedadi incorporates by reference and restates herein her responses to the allegations contained in Paragraphs 1 through 88 of the Complaint.

90. Defendant Vedadi denies the allegations contained in Paragraph 90 of the Complaint.

91. Defendant Vedadi denies the allegations contained in Paragraph 91 of the Complaint.

92. Defendant Vedadi denies the allegations contained in Paragraph 92 of the Complaint.

93. Defendant Vedadi denies the allegations contained in Paragraph 93 of the Complaint.

94. Defendant Vedadi denies the allegations contained in Paragraph 94 of the Complaint.

95. Defendant Vedadi denies the allegations contained in Paragraph 95 of the Complaint.

## COUNT SEVEN

### (breach of fiduciary duty)

96. In response to the allegations contained in Paragraph 96 of the Complaint, Defendant Vedadi incorporates by reference and restates herein her responses to the allegations contained in Paragraphs 1 through 95 of the Complaint.

97. Defendant Vedadi denies the allegations contained in Paragraph 97 of the Complaint.

98. Defendant Vedadi denies the allegations contained in Paragraph 98 of the Complaint.

99. Defendant Vedadi denies the allegations contained in Paragraph 99 of the Complaint.

## COUNT EIGHT

### (unjust enrichment)

100. In response to the allegations contained in Paragraph 100 of the Complaint, Defendant Vedadi incorporates by reference and restates herein her responses to the allegations contained in Paragraphs 1 through 99 of the Complaint.

101. Defendant Vedadi denies the allegations contained in Paragraph 101 of the Complaint.

102. Defendant Vedadi denies the allegations contained in Paragraph 102 of the Complaint.

103. Defendant Vedadi denies the allegations contained in Paragraph 103 of the Complaint.

## COUNT NINE

### (fraudulent conveyance and/or transfer of real property)

104. In response to the allegations contained in Paragraph 104 of the Complaint, Defendant Vedadi incorporates by reference and restates herein her responses to the allegations contained in Paragraphs 1 through 103 of the Complaint.

105. Defendant Vedadi denies the allegations contained in Paragraph 105 of the Complaint.

106. Defendant Vedadi denies the allegations contained in Paragraph 106 of the Complaint.

107. Defendant Vedadi denies the allegations contained in Paragraph 107 of the Complaint.

## COUNT TEN

### (constructive trust)

108. In response to the allegations contained in Paragraph 108 of the Complaint, Defendant Vedadi incorporates by reference and restates herein her responses to the allegations contained in Paragraphs 1 through 107 of the Complaint.

109. Defendant Vedadi denies the allegations contained in Paragraph 109 of the Complaint.

110. Defendant Vedadi denies the allegations contained in Paragraph 110 of the Complaint.

111. Defendant Vedadi denies the allegations contained in Paragraph 111 of the Complaint.

112. Defendant Vedadi denies the allegations contained in Paragraph 112 of the Complaint.

## COUNT ELEVEN

### (interference with contractual relations)

113. In response to the allegations contained in Paragraph 113 of the Complaint, Defendant Vedadi incorporates by reference and restates herein her responses to the allegations contained in Paragraphs 1 through 112 of the Complaint.

114. Defendant Vedadi denies the allegations contained in Paragraph 114 of the Complaint.

115. Defendant Vedadi denies the allegations contained in Paragraph 115 of the Complaint.

116. Defendant Vedadi denies the allegations contained in Paragraph 116 of the Complaint.

117. Defendant Vedadi denies the allegations contained in Paragraph 117 of the Complaint.

118. Defendant Vedadi denies the allegations contained in Paragraph 118 of the Complaint.

119. Defendant Vedadi denies the allegations contained in Paragraph 119 of the Complaint.

120. Defendant Vedadi denies the allegations contained in Paragraph 120 of the Complaint.

## COUNT TWELVE

### (intentional infliction of emotional distress)

121. In response to the allegations contained in Paragraph 121 of the Complaint, Defendant Vedadi incorporates by reference and restates herein her responses to the allegations contained in Paragraphs 1 through 120 of the Complaint.

122. Defendant Vedadi denies the allegations contained in Paragraph 122 of the Complaint.

123. Defendant Vedadi admits the allegations contained in Paragraph 123 of the Complaint except to clarify that she did not refuse to contribute to her late husband's funeral expenses, but rather she lacked the funds to contribute.

124. In response to the allegations contained in Paragraph 124 of the Complaint, Defendant Vedadi admits that when Plaintiff's son died in a car accident she did not attend the funeral. Defendant Vedadi denies the remaining allegations contained in Paragraph 124 of the Complaint.

125. Defendant Vedadi denies the allegations contained in Paragraph 125 of the Complaint.

126. Defendant Vedadi denies the allegations contained in Paragraph 126 of the Complaint.

127. Defendant Vedadi denies the allegations contained in Paragraph 127 of the Complaint.

128. Defendant Vedadi denies the allegations contained in Paragraph 128 of the Complaint.

129. Defendant Vedadi denies the allegations contained in Paragraph 129 of the Complaint.

## COUNT THIRTEEN

### (declaratory judgment)

130. In response to the allegations contained in Paragraph 130 of the Complaint, Defendant Vedadi incorporates by reference and restates herein her responses to the allegations contained in Paragraphs 1 through 129 of the Complaint.

131. Defendant Vedadi denies the allegations contained in Paragraph 131 of the Complaint.

132. Defendant Vedadi denies the allegations contained in Paragraph 132 of the Complaint.

133. Defendant Vedadi denies the allegations contained in Paragraph 133 of the Complaint.

## DEMAND FOR JURY TRIAL

134. Defendant Vedadi demands a trial by jury on all claims so triable.

135. Defendant Vedadi further denies that Plaintiff is entitled to any relief whatsoever.

Any allegations not admitted, denied or otherwise responded to herein are hereby denied.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations and/or the doctrine of laches.

### THIRD DEFENSE

Plaintiff's claims are barred by the equitable doctrines of waiver, estoppel, and unclean hands.

### FOURTH DEFENSE

Plaintiff is not entitled to the relief he seeks because he failed to mitigate his damages.

### FIFTH DEFENSE

Plaintiff may not recover the damages he seeks because of the after-acquired evidence doctrine.

### SIXTH DEFENSE

The Court lacks jurisdiction over the subject matter.

### SEVENTH DEFENSE

The Complaint fails to plead fraud and misrepresentation with the requisite degree of particularity.

### EIGHTH DEFENSE

Defendant Vedadi did not make any misrepresentations to Plaintiff

**NINTH DEFENSE**

Plaintiff did not rely upon any misrepresentations allegedly made by Defendant Vedadi.

**TENTH DEFENSE**

To the extent Plaintiff's Complaint seeks punitive damages, such damages are not available because Defendant Vedadi did not act intentionally, maliciously, or with reckless indifference.

**ELEVENTH DEFENSE**

Plaintiff may not recover under RICO because he is not within the category of persons protected by the statute.

**TWELVTH DEFENSE**

Plaintiff may not recover under RICO because any alleged action by these Defendants does not constitute an "enterprise" within the meaning of the statute.

**THIRTEENTH DEFENSE**

Plaintiff and Defendant Vedadi did not stand in any fiduciary relationship and therefore Defendant Vedadi did not have any fiduciary duty to the Plaintiff.

**FOURTEENTH DEFENSE**

Defendant Vedadi reserves the right to assert each and every additional defense, including affirmative defenses, which may become available during the course of discovery.

WHEREFORE, Defendant Vedadi, having fully answered, respectfully requests this Honorable Court to dismiss Plaintiff's Complaint with costs assessed to Plaintiff.

Respectfully Submitted,


\_\_\_/s/_____
Danielle M. Espinet
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*: (240) 632-0906
*Email*: despinet@rolinski.com
Counsel for Molook Vedadi


G:\Legal Docts\Civil\VEDADI, Molook\Modaressi v. Vedadi\06-08-11 answer MV.doc