UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, | ) |
|     Plaintiff, | ) |
|     vs. | ) Civil Action No. 05-2424 (JDB) |
| MOLOOK VEDADI, *ET AL.*, | ) |
|     Defendants. | ) |

**PLAINTIFF'S PROPOSED SCHEDULING ORDER**

Upon consideration of the parties' joint status report and the entire record herein, it is hereby ORDERED:

1. The parties shall make their Federal Rule of Civil Procedure 26(a)(1) initial disclosures no later than 30 days after the date of the Court's Scheduling Order. The parties shall produce (rather than merely identify) documents in connection with their initial disclosures.

2. The parties shall serve all written discovery requests no later than 90 days after the date of the Court's Scheduling Order.

3. All discovery shall be completed by no later than 180 days after the date of the Court's Scheduling Order unless there are pending discovery motions, in which case the discovery deadline shall be tolled pending disposition of said motions.

4. Each party shall be permitted to conduct 15 depositions. Plaintiff shall be permitted to conduct a video-taped deposition of defendant Molook Vedadi lasting up to two days. Plaintiff shall also be permitted to conduct a deposition of defendant Morteza Modaressi lasting up to two days. The parties shall be permitted to serve 30 interrogatories, 30 document production requests, and 30 requests for admission on each opposing party. Plaintiff shall be

permitted to serve separate discovery requests on each of the defendants. The parties shall also be permitted to propound subpoenas on third-parties for production of documents and depositions.

5. Plaintiff shall file his Federal Rule of Civil Procedure 26(a)(2) disclosures and expert reports within 90 days after the date of the Court's Scheduling Order. Defendants shall file their Rule 26(a)(2) disclosures and expert reports within 120 days after the date of the Court's Scheduling Order. Rebuttal expert designations and reports by plaintiff, if any, may be filed within 150 days after the date of the Court's Scheduling Order.

6. All depositions and discovery shall be completed no later than 180 days after the date of the Court's Scheduling Order, unless there are pending discovery motions on hold, in which case the discovery deadline shall be tolled pending disposition of said motions.

7. Dispositive motions shall be filed no later than 45 days after the close of discovery. Oppositions to dispositive motions shall be filed within 45 days after the filing of said motions, and replies may be filed within 21 days thereafter.

8. If no dispositive motions have been filed, the pretrial conference shall be scheduled at a time convenient to the Court during the weeks of May 9 and May 16, 2007.

9. The parties request that trial be scheduled within 30 to 60 days after the pretrial conference at a time convenient to the Court. The parties anticipate that trial in this matter would last approximately 5 days.

10. All matters and disputes involving discovery shall be assigned to a judge. A magistrate judge shall not be assigned to this case.

_____
Judge, John D. Bates

Copies to:

Stefan Shaibani
Litigation Associate, PLLC
1150 Connecticut Avenue, N.W.,
Ninth Floor
Washington, DC 20036
Tel:  (202) 862-4335
Fax:  (202) 828-4130
*Counsel for Plaintiff Bijan Modaressi*

Danielle M. Espinet
Rolinski & Suarez, LLC
14915 River Road
Potomac, MD 20854
Tel:  (240) 632-0903
Fax:  (240) 632-0906
*Counsel for Defendant Molook Vedadi*

Todd Perry Forster
Futrovsky, Nitkin & Scherr, Chartered
77 S. Washington Street
First Floor
Rockville, MD 20850
Tel:  (301) 251-8500
Fax:  (301) 251-8860
*Counsel for Defendants Morteza Modaressi; Mojo Projects, LLC; Mojo Realty, LLC; Mojo Properties, LLC*