UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|       vs. | ) Civil Action No. 05-2424 (JDB) |
| | ) |
| MOLOOK VEDADI, *et al.*, | ) |
| | ) |
|    Defendants. | ) |
| | ) |

## DEFENDANTS' PROPOSED SCHEDULING ORDER

Upon consideration of the parties' joint report pursuant to Local Civil Rule 16.3(d) and the entire record herein, it is hereby ORDERED:

1. The parties shall make their Federal Rule of Civil Procedure 26(a)(1) initial disclosures no later than 30 days after the date of the Court's Scheduling Order.

2. The parties shall serve all written discovery requests no later than 90 days after the date of the Court's Scheduling Order.

3. All discovery shall be completed by no later than 180 days after the date of the Court's Scheduling Order unless there are pending discovery motions, in which case the discovery deadline shall be tolled pending disposition of said motions.

4. Each party shall be permitted to take 10 depositions in accordance with Fed.R.Civ.P. 30 (a) (2) (A). The depositions shall be taken in accordance with LCvR 26.2 (c). The parties shall be permitted to serve 30 interrogatories, inclusive of sub parts, 30 document production requests, and 30 requests for admission on each opposing party. Plaintiff shall be permitted to serve separate discovery requests on each of the defendants. The parties shall also be permitted to propound subpoenas on third-parties for production of documents and depositions.

2

     5.     Plaintiff shall file his Federal Rule of Civil Procedure 26(a)(2) disclosures and expert reports no later than 90 days after the date of the Court's Scheduling Order. Responses, if any, to expert reports may be filed within 30 days thereafter. Plaintiff shall be permitted to designate rebuttal expert witnesses and expert reports within 30 days thereafter.

     6. All depositions and expert discovery shall be completed no later than 180 days after the date of the Court's Scheduling Order, unless there are pending discovery motions on hold, in which case the discovery deadline shall be tolled pending disposition of said motions.

     7. Dispositive motions shall be filed no later than 45 days after the close of discovery.

     8. If no dispositive motions have been filed, the pretrial conference shall be scheduled at a time convenient to the Court during the weeks of May 14 and May 21, 2007.

     9. The parties request that trial be scheduled within 30 to 60 days after the pretrial conference at a time convenient to the Court. The parties anticipate that trial in this matter would last approximately 5 days.

     10. All matters and disputes involving discovery shall be assigned to a judge. A magistrate judge shall not be assigned to this case.

_____
Judge, John D. Bates

Copies to:

Danielle M. Espinet
Rolinski & Suarez, LLC
14915 River Road
Potomac, MD 20854
Tel: (240) 632-0903
Fax: (240) 632-0906
*Counsel for Defendant Molook Vedadi*

Todd Perry Forster
Futrovsky, Nitkin & Scherr, Chartered
77 S. Washington Street
First Floor
Rockville, MD 20850
Tel: (301) 251-8500
Fax: (301) 251-8860
*Counsel for Defendants Morteza Modaressi,
Mojo Projects, LLC, Mojo Realty, LLC,
and Mojo Properties, LLC*

Stefan Shaibani
Litigation Associate, PLLC
1150 Connecticut Avenue, N.W.,
Ninth Floor
Washington, DC 20036
Tel: (202) 862-4335
Fax: (202) 828-4130
*Counsel for Plaintiff*