UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOLOOK VEDADI, ET AL.,<br><br>    Defendants. | Civil Action No. 05-2424 (JDB) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held with the Court on September 13, 2006, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby **ORDERED** as follows:

1. Initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be served by October 13, 2006.

2. The parties shall have until January 4, 2007, to join additional parties and to amend the pleadings without further leave of the Court.

3. Any disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be made as follows: (a) expert reports in support of the affirmative claims of any party shall be served by December 12, 2006; (b) responsive reports shall be served within thirty (30) days from the date on which the expert report is served; and (c) rebuttal reports shall be served within thirty (30) days from the date on which the

1

responsive report is served.

4. All discovery shall be completed by March 12, 2007. All written discovery requests shall be served by not later than December 12, 2006. Parties will be permitted to conduct 12 depositions. Depositions of the following individuals may extend to no longer than 12 hours each (over two days): plaintiff Bijan Modaressi, defendant Molook Vedadi, and defendant Morteza Modaressi. Parties shall be permitted to propound 30 interrogatories, 30 requests for production, and 30 requests for admission, with plaintiff propounding separate discovery requests on each defendant.

5. Dispositive motions shall be filed by not later than April 26, 2007. Any oppositions shall be filed within forty-five (45) days from the date on which the dispositive motion is served, and any replies shall be filed within twenty-one (21) days from the date on which the opposition is served.

7. The parties shall appear for a status conference on March 13, 2007, at 9:00 a.m.

8. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

/s/     John D. Bates
John D. Bates
United States District Judge

Dated:    September 13, 2006

2

Case 1:05-cv-02424-JDB   Document 23   Filed 09/13/2006   Page 3 of 3