**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BIJAN MODARESSI, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 05-2424 (JDB) |
| | ) |
| MOLOOK VEDADI, *et al.*, | ) |
| | ) |
|    Defendants. | ) |
| | ) |

**Index: Documents Produced Pursuant to Plaintiff's Initial Disclosures**

Bates No. MOD

Translator's Certification of Mansour Fracyon (January 19, 2006)……………………...……00001

Letter Dated May 3, 2005 from Molook Vedadi to Bijan Modaressi………………….00002-00013

Handwritten Letter from Molook Dated June 23, 2001………………………...……...00014-00017

Letter from Molook Vedadi to H.E. Abdolhamid Tajpour (February 25, 1990)……... 00018-00020

Handwritten Bill of Sale (April 24, 1988)………………………………………………...00021-00023

Handwritten Letter from Molook Vedadi to Mr. Tajpour (March 11, 1990)……..…..00024-00029

Handwritten Letter from Bijan Modaressi to Iranian Bank (September 4, 2005)……...00030-00032

Deed: Limited Power of Attorney in Iran: Client-Bijan Modaressi to
Attorney-in Fact-Molook Vedadi (November 7, 1972)………………………………...00033-00036

Deed: Power of Attorney: Client-Molook Vedadi to
Attorney-in-Fact-Abdolhamid Tajpour (March 3, 1990)……………………….……...00037-00040

Deed: Power of Attorney: Client-Molook Vedadi to
Attorney-in-Fact-Bank Melli Iran, Bagh-e Saba Branch (September 10, 1997)……….00041-00044

List of Powers of Attorney (January 24, 1999)……………………………………...00045-00048

Certificate of Five-Year Long-Term Investment Deposit:  Molook Vedadi:
51,000,000 Rials:  Serial No. 552919 A/2 and Ref. No. 9501852
(August 16, 2000)……………………………………………………………………00049-00050

Certificate of Five-Year Long-Term Investment Deposit:  Molook Vedadi:
10,000,000 Rials:  Serial No. 552983 A/2 and Ref. No. 95019202
Control No. 171327 (October 31, 2000)……………………………………...……00051-00052

Certificate of Five-Year Long-Term Investment Deposit:  Molook Vedadi:
32,000,000 Rials:  Serial No. 908151 A and Ref. No. 9501515
(January 24, 1999)………………………………………………………………...00053-00054

Certificate of Five-Year Long-Term Investment Deposit:  Molook Vedadi:
20,000,000 Rials:  Serial No. 445342 A/2 and Ref. No. 9501788
(May 16, 2000)………………………………………………………………………00055-00056

Certificate of Five-Year Long-Term Investment Deposit:  Molook Vedadi:
20,000,000 Rials:  Serial No. 901675 A and Ref. No. 9501390/40
(July 20, 1998)………………………………………………………………………00057-00058

Certificate of Five-Year Long-Term Investment Deposit:  Molook Vedadi:
20,000,000 Rials:  Serial No. 901632 A and Ref. No. 9501390/40
Control No. 171037/1206 (May 5, 1998)……………………………………………00059-00060

Certificate of Five-Year Long-Term Investment Deposit:  Molook Vedadi:
10,000,000 Rials:  Serial No. 689393 A and Ref. No. 9500575/20
(September 9, 1995)………………………………………………………...……00061-00062

Certificate of Five-Year Long-Term Investment Deposit:  Molook Vedadi:
10,000,000 Rials:  Serial No. 689391 A and Ref. No. 9500581
(September 9, 1997)………………………………………………………………...00063-00064

Certificate of Five-Year Long-Term Investment Deposit:  Molook Vedadi:
25,000,000 Rials:  Serial No. 689389 A and Ref. No. 9501124/50
(September 9, 1997)………………………………………………………………....00065-00066

Certificate of Five-Year Long-Term Investment Deposit:  Molook Vedadi:
1,000,000 Rials:  Serial No. 689400 A and Ref. No 9501195/2
(September 10, 1997)……………………………………………………………...…00067-00068

Certificate of Five-Year Long-Term Investment Deposit:  Molook Vedadi:
20,000,000 Rials:  Serial No. 689389 A and Ref. No. 9200167/200
(September 9, 1997)…………………………………………………………………00069-00070

Certificate of Five-Year Long-Term Investment Deposit: Molook Vedadi:
7,000,000 Rials: Serial No. 689395 A and Ref. No. 9502111/14
(September 9, 1997)……………………………………………………………….00071-00072

Certificate of Five-Year Long-Term Investment Deposit: Molook Vedadi:
9,000,000 Rials: Serial No. 689397 A and Ref. No. 9300052
(September 9, 1997)……………………………………………………………….00073-00074

Certificate of Five-Year Long-Term Investment Deposit: Molook Vedadi:
7,000,000 Rials: Serial No. 689395 A and Ref. No. 9500211
(September 9, 1997)………………………………………………………………....00075-00076

Certificate of Five-Year Long-Term Investment Deposit: Molook Vedadi:
25,000,000 Rials: Serial No. 689389 A and Ref. No. 9501124/50
(September 9, 1997)……………………………………………………………….00077-00078

Certificate of Five-Year Long-Term Investment Deposit: Molook Vedadi:
1,000,000 Rials: Serial No. 689400 and Ref. No. 9501195/2
(September 10, 1997)……………………………………………………………...00079-00080

Receipt for Five-Year Long-Term Investment Deposit (blank date)…………………...00081-00082

Certificate of Five-Year Long-Term Investment Deposit:
Jalal Modaressi Asefa: 5,000,000 Rials
Serial No. 689347 and Ref. No. 9501170 (August 2, 1997)…………………………....00083-00084

Certificate of Five-Year Long-Term Investment Deposit:
Jalal Modaressi Asefa: 25,000,000 Rials
Serial No. 73688 A and Ref. No. 9500934/50 (May 10, 2000)………………………...00085-00086

Certificate of Five-Year Long-Term Investment Deposit: Molook Vedadi:
32,000,000 Rials: Serial No. 908151 A and Ref. No. 9501515
(January 24, 1999)………………………………………………………….……..00087-00088

Certificate of Five-Year Long-Term Investment Deposit:
Jalal Modaressi Asefa: 19,000,000 Rials
Serial No. 601552 A and Ref. No. 9501359/40 (January 24, 1995)…………………....00089-00090

Certificate of Five-Year Long-Term Investment Deposit:
Jalal Modaressi Asefa: 5,000,000 Rials
Serial No. 689347 and Ref. No. 9501170 (August 2, 1997)…………………………....00091-00092

Certificate of Five-Year Long-Term Investment Deposit:
Jalal Modaressi Asefa: 25,000,000 Rials
Serial No. 73688 A and Ref. No. 9501109 (May 10, 2000)……………………………00093-00094

Certificate of Five-Year Long-Term Investment Deposit:
Jalal Modaressi Asefa: 28,000,000 Rials
Serial No. 134168 A3 and Ref. No. 9501416 (May 5, 2002)…………………………..00095-00096

Certificate of Five-Year Long-Term Investment Deposit:
Jalal Modaressi Asefa: 34,000,000 Rials
Serial No. 124345 A3 and Ref. No. 9501534 (June 14, 2003)…………………………00097-00098

Certificate of Five-Year Long-Term Investment Deposit: Molook Vedadi:
9,000,000 Rials: Serial No. 908150 A and Ref. No. 9501514
(January 24, 1999)……………………………………………………………………...00099-00100

Certificate of Five-Year Long-Term Investment Deposit: Molook Vedadi:
9,000,000 Rials: Serial No. 908150 A and Ref. No. 9501514
(January 24, 1999)……………………………………………………………………...00101-00102

Certificate of Five-Year Long-Term Investment Deposit: Molook Vedadi:
9,000,000 Rials: Serial No. 908150 A and Ref. No. 95015114
Power of Attorney No. 120600 (January 24, 1999)……………………………………00103-00104

Certificate of Five-Year Long-Term Investment Deposit:
Jalal Modaressi Asefa: 25,000,000 Rials
Serial No. 871722 A and Ref. No. 9500934/50 (July 13, 1998)……………………….00105-00106

Certificate of Five-Year Long-Term Investment Deposit: Molook Vedadi:
10,000,000 Rials: Serial No. 689393 A and Ref. No. 9500575/20
(September 9, 1995)……………………………………………………………………00107-00108

Certificate of Five-Year Long-Term Investment Deposit: Molook Vedadi:
10,000,000 Rials: Serial No. 689393 A and Ref. No. 9500575/20
(September 9, 1995)……………………………………………………………………00109-00110

Certificate of Five-Year Long-Term Investment Deposit: Molook Vedadi:
10,000,000 Rials: Serial No. 689391 A and Ref. No. 9500681
(September 9, 1997)……………………………………………………………………00111-00112

Certificate of Five-Year Long-Term Investment Deposit: Molook Vedadi:
15,000,000 Rials: Serial No. 696191 A and Ref. No. 9501323/3
(March 30, 1998)……………………………………………………………………….00113-00114

Certificate of Five-Year Long-Term Investment Deposit: Molook Vedadi:
20,000,000 Rials: Serial No. 901675 A and Ref. No. 9501390
Control No. 120600 (July 20 1998)…………………………………………………….00115-00116

Certificate of Five-Year Long-Term Investment Deposit: Molook Vedadi:
20,000,000 Rials: Serial No. 901632 A and Ref. No. 9501359/40
Control No. 171037/1206 (May 5, 1998)……………………………………………00117-00118

Deposit Ticket of Molook Vedadi and Morteza Modaressi:
First Union National Bank…………………………………………………………………..00119

Metropolitan Regional Information Systems, Inc. Full Residential Listing:
18732 Winding Creek Place, Germantown, MD 20874 (November 7, 2005)…………00120-00123

Metropolitan Regional Information Systems, Inc. Montgomery Public Record:
18732 Winding Creek Place, Germantown, MD 20874 (November 7, 2005)…………00124-00125

Metropolitan Regional Information Systems, Inc. Full Residential Listing (2nd):
18732 Winding Creek Place, Germantown, MD 20874 (November 7, 2005)…………00126-00129

Metropolitan Regional Information Systems, Inc. Full Residential Listing:
13031 Thyme Court, Germantown, MD 20874 (November 7, 2005)………………….00130-00133

Metropolitan Regional Information Systems, Inc. Full Residential Listing (2nd):
13031 Thyme Court, Germantown, MD 20874 (November 7, 2005)………………….00134-00137

Metropolitan Regional Information Systems, Inc. Full Residential Listing (3rd):
13031 Thyme Court, Germantown, MD 20874 (December 11, 2005)………………...00138-00141

Metropolitan Regional Information Systems, Inc. Montgomery Public Record:
13031 Thyme Court, Germantown, MD 20874 (November 7, 2005)………………….00142-00143

Metropolitan Regional Information Systems, Inc. Full Residential Listing:
3752 Bel Pre Road # 9, Silver Spring, MD 20906 (November 7, 2005)………………00144-00147

Metropolitan Regional Information Systems, Inc. Montgomery Public Record:
3752 Bel Pre Road # 9, Silver Spring, MD 20906 (November 7, 2005)……………… 00148-00149

Metropolitan Regional Information Systems, Inc. Full Residential Listing:
3752 Bel Pre Road # 12, Silver Spring, MD 20906 (November 7, 2005)……..….…00150-00153

Maryland Department of Assessments and Taxation: Salon Red
(December 11, 2005)……………………………………………………………………..00154

Maryland Department of Assessments and Taxation:
Charter Search Results for Salon Red (December 11, 2005)…….........................................00155

Maryland Department of Assessments and Taxation:
Amendments: Salon Red (December 11, 2005)….............................................................00156

Maryland Department of Assessments and Taxation:
Business Entity Information: Salon Red (December 11, 2005)……........................................00157

Maryland Department of Assessments and Taxation:
General Information: New West Corporation (December 11, 2005)…….................................00158

Maryland Department of Assessments and Taxation:
Charter Search Results for Mojo Projects, LLC (December 11, 2005)……..............................00159

Maryland Department of Assessments and Taxation:
General Information: Mojo Projects, LLC (December 11, 2005)…………………………….00160

Maryland Department of Assessments and Taxation:
Personal Property: Mojo Projects, LLC (December 11, 2005)………….…………….00161-00162

Maryland Department of Assessments and Taxation:
Amendments: Mojo Projects, LLC (December 11, 2005)……….…………………………....00163

Maryland Department of Assessments and Taxation:
Entity Name: Mojo Projects, LLC (December 11, 2005)……….…………………………….00164

Maryland Department of Assessments and Taxation:
Entity Name: New Westphalia, Inc. (December 11, 2005)……….…………………..….00165

Metropolitan Regional Information Systems, Inc. Montgomery Public Record (2nd):
13031 Thyme Court, Germantown, MD 20874 (December 11, 2005)……………....00166-00167

Salon Red in the Kentlands, Gaithersburg, MD (December 7, 2005)…………………………00168

Metropolitan Regional Information Systems, Inc. Montgomery Public Record:
224 Main Street, Gaithersburg, MD 20878 (December 21, 2005)……………………..00169-00170

Metropolitan Regional Information Systems, Inc. Full Residential Listing:
224 Main Street, # B Gaithersburg, MD 20878 (December 21, 2005)………………...00171-00174

Metropolitan Regional Information Systems, Inc. Full Residential Listing:
224 Main Street, # C Gaithersburg, MD 20878 (December 21, 2005)………………...00175-00178

Metropolitan Regional Information Systems, Inc. Montgomery Public Record:
109 Upshire Circle, Gaithersburg, MD 20878 (December 21, 2005)………………….00179-00180

Metropolitan Regional Information Systems, Inc. Full Residential Listing:
107 Upshire Circle, Gaithersburg, MD 20878 (December 21, 2005)………………….00181-00184

Warranty Deed of Morteza, Julie Ann, and Alexander Modaressi:
604 NW 13th Street, # 33, Boca Raton, FL 33486 (December 2, 2004)……………….00185-00186

Warranty Deed of Morteza and Nicholas Modaressi:
634 NW 13th Street, # 23, Boca Raton, FL 33486 (May 23, 2005)……………….……00187-00188

Mortgage of Morteza Modaressi and Alexander J. Modaressi
(December 2, 2004)……………………………………………………………….....…00189-00216

Mortgage of Morteza Modaressi (May 23, 2005)…………………………………......00217-00244

Transfer of Deed to 13031 Thyme Court, Germantown, MD 20874 from
Molook Vedadi to Yosef Assefa on March 11, 2005………………………………..00245-00247

Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate:
Affidavit of Residency or Principal Residence of Molook Vedadi (undated)………………….00248

Facsimile of the signed Settlement Statement for the Sale of 13031 Thyme Court,
Germantown, MD 20874 from Molook Vedadi to Yosef Assefa on March 11, 2005....00249-00250

Settlement Statement for the Sale of 13031 Thyme Court, Germantown, MD 20874
from Molook Vedadi to Yosef Assefa on March 11, 2005
(unsigned by Settlement Agent)……………………………………………………..00251-00252

Signed Settlement Statement for the Sale of 13031 Thyme Court,
Germantown, MD 20874 from Molook Vedadi to Yosef Assefa on March 11, 2005....00253-00254

Residential Contract of Sale for 13031 Thyme Court,
Germantown, MD 20874 from Molook Vedadi to Yosef Assefa on March 2, 2005…..00255-00264

Signed Addendum of Clauses for the Sale of 13031 Thyme Court, Germantown,
MD 20874 from Molook Vedadi to Yosef Assefa on February 2, 2005……………….00265-00271

Signed Addendum to Sales Contract for the Sale of 13031 Thyme Court, Germantown,
MD 20874 from Molook Vedadi to Yosef Assefa on February 2, 2005……..……....00272-00277

Signed Disclosure of Information on Lead-Based Paint and Lead-Based Paint Hazards
for the Sale of 13031 Thyme Court, Germantown, MD 20874
from Molook Vedadi to Yosef Assefa on February 2, 2005……………….…………..……..00278

Check for $20,000 from Yosef Assefa to Menkis Real Estate (February 4, 2005)……………00279

Information from the Website of Sid Menkis-Broker (February 1, 2006)……………..00280-00281

Information from the Website of Menkis Real Estate (February 1, 2006)……………..00282-00283

Clubplanet.com:  Internet Listing on Chelsea's (December 7, 2005)…………………………00284

Documents Produced by Sunbelt Title Agency In Response to Plaintiff's Subpoena
Dated September 28, 2006 (October 6, 2006)……………………………….………00285-00682

[intentionally left blank] …..……………………………………………..…………00683-00684

Metropolitan Regional Information Systems, Inc.  Full Tax Record:
224 Main Street, Gaithersburg, MD 20878 (October 11, 2006)……………………………….00685

Documents Produced by Wachovia Bank In Response to Plaintiff's Subpoena
Dated September 28, 2006 (October 6, 2006)……………………………….………00686-00866

Documents Produced by SouthStar Title In Response to Plaintiff's Subpoena
Dated September 28, 2006 (October 2006)……………………….…………………00867-01289