IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

BIJAN MODARESSI, *et. al.*

Plaintiffs,

v.

MOLOOK VEDADI, *et. al.*

Defendants.

Case No. 05 Civ. 2424 (JDB)

**DEFENDANTS' INITIAL DISCLOSURES**

Come Now the Defendants, Molook Vedadi, by and through Danielle Espinet and Rolinski & Suarez, LLC, and Morteza Modaressi, Mojo Projects, LLC, Mojo Realty, LLC and Mojo Properties, LLC, by and through counsel Todd P. Forster and Futrovsky, Nitkin & Scherr, Chartered, and, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, and pursuant to the Scheduling Order dated September 13, 2006, submit the following Initial Disclosures:

**A. The Name, and, if Known, the Address and Telephone Number of Each Individual Likely to Have Discoverable Information That the Disclosing Party May Use to Support Its Claims or Defenses, Unless Solely for Impeachment, Identifying the Subjects of the Information**

The following persons may offer testimony rebutting the material allegations in Plaintiff's Complaint and/or supporting Defendants' defenses:

1. Molook Vedadi- 10250 West Lake Dr., Apt. 610 Bethesda, MD 20817

   Subject of Anticipated Testimony: Allegations of the Complaint

2. Morty Modaressi- c/o Salon Red, 224 Main Street, Gaithersburg, MD 20878

   Subject of Anticipated Testimony: Allegations of the Complaint

3. Julie Modaressi- 109 Upshire Circle, Gaithersburg, MD 20878

       Subject of Anticipated Testimony: Facts surrounding Real Estate Transactions as alleged in the Complaint

4. Bijan Modaressi

Subject of Anticipated Testimony: Allegations of the Complaint

5. Lou (last name unknown) - Bambule Restaurant, 5225 Wisconsin Avenue NW, Washington, DC 20015

Subject of Anticipated Testimony: Upon information and belief, Lou has knowledge of Plaintiff's business dealings related to Chelsea's and Plaintiff's personal issues

**B. A Copy of, or a Description By Category And Location of, all Documents, Data Compilations, and Tangible Things that are in the Possession, Custody, or Control of the Party and the Disclosing Party May Use to Support Its Claims or Defenses, Unless Solely for Impeachment**

May 3, 2005 Letter from Molook Vedadi to Bijan Modaressi (attached hereto)

**C. A Computation of Any Category Of Damages Claimed By the Disclosing Party, Making Available for Inspection and Copying the Documents or Other Evidentiary Material, Not Privileged or Protected From Disclosure, on Which Such Computation is Based, Including Materials Bearing on The Nature and Extent of the Injuries Suffered**

Not Applicable to Defendants

**D. For Inspection and Copying As Under Rule 34, Any Insurance Agreement Under Which Any Person Carrying On An Insurance Business May be Liable to Satisfy All or Part of the Judgment Which May Be Entered In the Action or to Indemnify or Reimburse For Payments Made to Satisfy the Judgment**

Not Applicable to any Defendants

Respectfully Submitted,

Danielle M. Espinet #DE 0041
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
Fax: (204) 632-0906
*Email*: despinet@rolinski.com

TPF by

Todd P. Forster, Bar No. 457146
*Futrovsky, Nitkin & Scherr, Chartered*
77 South Washington Street, First Floor
Rockville, Maryland 20850
301-251-8500
301-251-8860 (fax)
tpforster@fnslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent via First Class U.S. Mail, postage prepaid this 13th day of October, 2006, to the following:

Stefan Shaibani
Litigation Associate, PLLC
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036

Danielle M. Espinet, Esq.

May 3th 2005

[illegible] مدرس

نامه مورخ ۲۴ آوریل واصل شد [illegible] نگرانی [illegible]

راجع [illegible] [illegible]

راجع به مدرسه [illegible] ( [illegible] ) [illegible]

[illegible] ۱.۱ [illegible]

[illegible] کرده باشید

راجع به [illegible] ۲۰ هزار

دلار [illegible]

[illegible]

[illegible] 18732 Town house

[illegible] Town House [illegible] ۱۴۰ هزار

دلار [illegible] ۱۴۰ [illegible] ۲۴۰ هزار دلار

[illegible] ۷۰ هزار دلار [illegible] ۱۴۲ هزار دلار [illegible]

[illegible] ۹۶ هزار

18732 [illegible]

[illegible]

winding creek Germantown

Brown ... HOC ... 64 ...

HOC ... Crime ...

... Court ...

... Brown ... ۱۲ ...

... A ...

... Brown ... ۸۵ ...

condo ... ۷۱۹ ... ۱۸۸ ...

... 18732 ... Association ...

... ۱۵۰۰۰ ...

... ۲۰C ...