UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BIJAN MODARESSI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2424 (JDB) |
| | ) | |
| MOLOOK VEDADI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S THIRD NOTICE OF LIS PENDENS**

Pursuant to 28 U.S.C. § 1964, plaintiff, Bijan Modaressi, respectfully requests the Court to take notice that the following property is directly affected by the outcome of this litigation and is thus subject to the instant lis pendens:

The property located at 224 AND 228 Main Street, Gaithersburg, Maryland 20878, bearing the tax identification number 160903223708, title to which is held by defendant Mojo Properties, LLC, having the following legal description: "Lots 7 and 8, in Block TT, in the subdivision known as PLAT 114, KENTLANDS, MIDTOWN, per Plat Book 188 at plat 20701 recorded among the Land Records of Montgomery County, MD."

This Court possesses jurisdiction over the defendants and the properties held by them as set forth above pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1367, 18 U.S.C. § 1664(a) and (c), 28 U.S.C. § 1332(a)(1), and venue is proper under 28 U.S.C. § 1391(b), and 18 U.S.C. § 1965(b).

A notice of lis pendens is concurrently being filed at the Montgomery County Circuit Court in *Bijan Modaressi v. Molook Vedadi, et al.*, Case No. 267615-V. Plaintiff reserves the

2

right to file another notice of lis pendens upon discovery of additional properties title to which is contested in the above-captioned federal action.

                                          Respectfully submitted,

Dated: October 24, 2006                   /s/ Stefan Shaibani
                                               Stefan Shaibani (D.C. Bar No. 490024)
                                               LITIGATION ASSOCIATE, PLLC
                                               1150 Connecticut Avenue, N.W.
                                               Suite 900
                                               Washington, DC 20036
                                               Tel:  (202) 862-4335
                                               Fax: (202) 828-4130

                                               *Attorney for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 24, 2006, I electronically filed and caused to be served by First Class Mail copies of "PLAINTIFF'S THIRD NOTICE OF LIS PENDENS" addressed as follows:

Todd Perry Forster, Esq.
Futrovsky, Nitkin & Scherr, Chartered
77 S. Washington Street
First Floor
Rockville, MD 20850
*Counsel for Defendants Morteza Modaressi; Mojo Projects, LLC;*
*Mojo Properties, LLC; and Mojo Realty, LLC*

Danielle M. Espinet, Esq.
Rolinski, Terenzio & Suarez, LLP
14915 River Road
Potomac, MD 20854
*Counsel for Defendant Molook Vedadi*


<u>/s/ Stefan Shaibani</u>