UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, | ) |
|     Plaintiff, | ) ) ) |
|     vs. | )    Court No. 05 Civ. 2424 (JDB) ) |
| MOLOOK VEDADI, *et al.*, | ) ) |
|     Defendants. | ) ) |

## PLAINTIFF'S PARTIAL CONSENT MOTION FOR AN EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7, plaintiff, Bijan Modaressi, through undersigned counsel, respectfully requests the Court for an extension of time of 45 days within which to file his expert reports and an extension of 31 days within which to file any motions to add parties or to amend pleadings. Plaintiff's expert reports are currently due on December 12, 2006. Motions to amend pleadings and to add parties are currently due on January 4, 2007. On December 4, 2006, Todd Forster, counsel for Morteza Modaressi, Mojo Properties, Mojo Realty, and Mojo Projects consented to the relief sought in this motion. On the same day, Danielle Espinet, counsel for Molook Vedadi, declined to consent to this motion.

The requested extension of time is necessary because plaintiff has not received any responses from defendants Morteza Modaressi, Mojo Properties, Mojo Realty, and Mojo Projects to his discovery requests served between September 27, 2006 and October 23, 2006. Further, third-party witnesses, including Julie Modaressi (the ex-wife of defendant Morteza Modaressi), have not submitted bank records to counsel in response to subpoenas served in October 2006. Without obtaining the bank records (and discovery responses) of defendants and Julie Modaressi,

plaintiff cannot ascertain whether additional parties need to be added as defendants to this case. Nor is plaintiff able to ascertain the total funds embezzled from him without obtaining defendants' discovery responses and the bank records of defendants which are necessary for plaintiff to prepare his expert reports. The requested extension of time of 45 days is further necessitated by the upcoming holidays and undersigned counsel's schedule over the next several weeks (including 10 depositions from now until mid-January).

Plaintiff previously consented to Danielle Espinet's requests for extensions of time to respond to plaintiff's discovery requests and a subpoena served on Wachovia Bank concerning Molook Vedadi's bank records. Indeed, plaintiff only received defendant Vedadi's responses to his discovery requests last week. Ms. Espinet, however, now declines to consent to plaintiff's extension request.

For the above reasons, plaintiff respectfully requests the Court to grant plaintiff an extension of time of 45 days, through and including January 25, 2007, within which to file his expert designations and expert reports. Plaintiff further respectfully requests an extension of time of 31 days, through and including February 5, 2007, within which to file any motions to amend pleadings or to add parties.

                                                           Respectfully submitted,

Dated: December 4, 2006                /s/ Stefan Shaibani
                                                           Stefan Shaibani (Bar No. 490024)
                                                           LITIGATION ASSOCIATE, PLLC
                                                           1150 Connecticut Avenue, N.W.
                                                           Suite 900
                                                           Washington, DC 20036
                                                           Tel: (202) 862-4335
                                                           Fax: (202) 828-4130

                                                           *Attorney for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 4, 2006, I electronically filed "PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME" and that service was thus made upon defendants' counsels listed below:

>Todd Forster
>Futrovsky, Nitkin & Scherr, Chartered
>77 S. Washington Street
>First Floor
>Rockville, Maryland 20850
>Tel: 301-251-8500
>
>Danielle M. Espinet
>Rolinsky, Ternzio & Saurez LLP
>14915 River Road
>Potomac, Maryland 20854
>Tel: 240-632-0903
>
>
>/s/ Stefan Shaibani