UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|        vs. | )   Court No. 05 Civ. 2424 (JDB) |
| | ) |
| MOLOOK VEDADI, *et al.*, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

PROPOSED ORDER

Upon consideration of plaintiff's partial consent motion for an extension of time, it is hereby

ORDERED that plaintiff's motion is GRANTED; it is further

ORDERED that plaintiff shall file his expert designations and expert reports by January 25, 2007; defendants shall file their expert designations and expert reports by February 26, 2007; plaintiff shall have the opportunity to file rebuttal expert designations and expert reports by March 12, 2007; the discovery cut-off shall be extended for 10 days for the sole purpose of conducting expert depositions; it is further

ORDERED that motions to amend pleadings or to add parties shall be filed by February 5, 2006; and it is further

ORDERED that all other deadlines set forth in the Court's Scheduling Order of September 13, 2006 shall remain in force.

Dated: _____, 2006      _____
                                                                      Judge