## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI,              )<br>                                            )<br>     Plaintiff,                       )<br>                                            )<br>          vs.                          )<br>                                            )<br>MOLOOK VEDADI, *et al.*,     )<br>                                            )<br>     Defendants.                  )<br>                                            ) | Civil Action No. 05 Civ. 2424 (JDB) |

## **NOTICE OF APPEARANCE**

Please take notice that Randy Ogg of the law firm of Bode & Grenier, LLP enters his appearance as counsel for plaintiff Bijan Modaressi and requests that all documents in this case be sent to his attention.


Dated: December 13, 2006                Randell C. Ogg
                                                         Randell C. Ogg (DC Bar No. 324772)
                                                         BODE & GRENIER, LLP
                                                         1150 Connecticut Avenue, NW
                                                         Suite 900
                                                         Washington, DC 20036
                                                         Tel:  (202) 862-4300
                                                         Fax: (202) 828-4130

                                                         *Counsel for Plaintiff Bijan Modaressi*

2

CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2006, I electronically filed "NOTICE OF APPEARANCE" and that service was thus made upon defendants' counsels listed below:

>Todd Forster
>Futrovsky, Nitkin & Scherr, Chartered
>77 S. Washington Street
>First Floor
>Rockville, Maryland 20850
>Tel: 301-251-8500
>
>Danielle M. Espinet
>Rolinsky, Ternzio & Saurez LLP
>14915 River Road
>Potomac, Maryland 20854
>Tel: 240-632-0903
>
>
>/s/ Randell Ogg