UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|       vs. | ) Civil Action No. 05 Civ. 2424 (JDB) |
| | ) |
| MOLOOK VEDADI, *et al.*, | ) |
| | ) |
|    Defendants. | ) |
| | ) |

PROPOSED ORDER

Upon consideration of plaintiff's Motion to Compel Production of Documents and Responses to Interrogatories, it is hereby

ORDERED that plaintiff's motion is GRANTED; it is further

ORDERED that defendants Mojo Projects, Mojo Properties, and Mojo Realty shall respond to plaintiff's First Set of Interrogatories and First Request for the Production of Documents within 10 days of today; it is further

ORDERED that defendants Morteza Modaressi, Mojo Properties, Mojo Projects, and Mojo Realty shall produce to plaintiff's counsel their bank records and income tax returns for the years 1998 through the present within 10 days of today; and it is further

ORDERED that defendants Morteza Modaressi, Mojo Projects, Mojo Properties, and Mojo Realty shall tender $1720.85 to plaintiff's counsel, Litigation Associate, PLLC, within 10 days of today.

Dated: _____, 2006        _____
                                                                              Judge