LITIGATION ASSOCIATE, PLLC
_____

CONNECTICUT BUILDING, NINTH FLOOR, 1150 CONNECTICUT AVENUE, NW, WASHINGTON, DC 20036
TELEPHONE: (202) 862-4335
FAX: (202) 828-4130

**By Fax & First Class Mail**  November 30, 2006
Todd Perry Forster
Futrovsky, Nitkin & Scherr, Chartered
77 S. Washington Street, First Floor
Rockville, MD 20850
Tel: 301-251-8500
Fax: 301-251-8860

Re:  *Modaressi v. Vedadi, et al.*, 05 Civ. 2424 (JDB)

Dear Mr. Forester:

This concerns the failure of defendants Morteza Modaressi, Mojo Properties, Mojo Realty, and Mojo Projects ("defendants") to respond to Plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents. Plaintiff served his discovery requests upon defendants on September 27, 2006, October 11, 2006, October 19, 2006, and October 23, 2006. Defendants' responses to plaintiff's discovery requests were thus due on October 27, November 11, November 19, and November 23, 2006.

On October 26, 2006, we consented to an extension of 10 days for defendants to respond to plaintiff's discovery requests. On November 6, 2006, we consented to a second extension of time of 14 days based upon your representation that you were in trial and needed additional time to respond to plaintiff's discovery requests. We informed you at that time that we were not in a position to offer you any additional extensions of time. On November 20, 2006, you informed us that because of the holidays, you "do not anticipate having executed discovery responses to [us] until next week." However, we have yet to receive any responses, whatsoever, from defendants to plaintiff's discovery requests.

Despite these extensions and the passage of over two months since plaintiff's discovery requests were first propounded, defendants have failed to respond to plaintiff's First Set of Interrogatories and First Request for Production of Documents. Defendants' utter and complete failure to respond to plaintiff's discovery requests has hindered plaintiff's ability to conduct discovery, prepare for and schedule depositions, designate expert witnesses, and determine whether additional parties need to be added as defendants in this case. This has hindered the progress of this case and unduly prejudiced plaintiff. Indeed, plaintiff is set to depose Julie Modaressi on December 7, 2006, but has yet to obtain the documents sought from defendants which would establish her receipt of plaintiff's moneys through her ex-husband, a RICO defendant in this case, and companies

under his ownership and control. Further, defendants' failure to respond to plaintiff's discovery requests has impeded plaintiff's ability to ascertain the amount of money that defendants embezzled from him.

We cannot idly sit behind while defendants disregard the statutory deadlines set forth in the Federal Rules of Civil Procedure for responding to discovery requests, the cumulative effect of which is to unreasonably delay plaintiff's recovery of his embezzled funds from defendants. If we do not receive defendants' responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents by December 6, 2006, we will file a motion to compel and seek appropriate relief from the Court, including attorney's fees and costs.

I can be reached at (202) 862-4335.

Very truly yours,

Stefan Shaibani

Cc: **Danielle Espinet**
**Bijan Modaressi**

```
***********************************************************
*           Case 1:05-cv-02424-JDB  Document 29-3  Filed 12/4/2006  Page 3 of 3           P.01
*                        TRANSACTION REPORT
*                        ─────────────────                   NOV-30-2006 THU 08:23 PM
*     FOR:
*═══════════════════════════════════════════════════════════
*  DATE   START    RECEIVER       TX TIME  PAGES TYPE    NOTE              M#  DP
*─────────────────────────────────────────────────────────────
*  NOV-30 08:22 PM 13012518860     35"      3   SEND    OK                487
*─────────────────────────────────────────────────────────────
*                                TOTAL :   35S PAGES:    3
***********************************************************
```

## LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW, Suite 900, Washington, DC 20036

| | |
|---|---|
| To: | Todd Forester |
| From: | Stefan Shaibani |
| Re: | **Modaressi v. Vedadi, Case No. 05-2424** |
| Date: | November 30, 2006 |