UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 05 Civ. 2424 (JDB) |
| | ) |
| MOLOOK VEDADI, *et al.*, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## DECLARATION OF STEFAN SHAIBANI

I, Stefan Shaibani, declare as follows:

1. I am counsel for plaintiff Bijan Modaressi. I submit this declaration in support of plaintiff's Motion to Compel Production of Documents and Responses to Interrogatories.

2. On September 27, 2006, I caused to be served via hand delivery plaintiff's First Request for the Production of Documents to defendant Morteza Modaressi. On December 7, 2006 (a day before Julie Modaressi's deposition), defendant Morteza Modaressi responded to plaintiff's First Request for the Production of Documents. In his response, defendant Morteza Modaressi objected to production of financial documents and did not produce his bank records and income tax returns.

3. On October 19 and October 23, 2006, I caused to be served via mail plaintiff's First Request for the Production of Documents and First Set of Interrogatories to Defendants Mojo Properties, Mojo Projects, and Mojo Realty ("Mojo Defendants").

4. The Mojo Defendants' responses to plaintiff's discovery requests were due on November 21 and November 27, 2006.

5.    On November 30, 2006, I sent a letter (via facsimile and mail) to Todd Forster, counsel for defendants Morteza Modaressi, Mojo Projects, Mojo Properties, and Mojo Realty, concerning defendants' delay in responding to plaintiff's discovery requests. Attached hereto is a true and correct copy of my letter dated November 30, 2006 to Todd Forster.

6.    On or about December 5, 2006, I had a lengthy telephone conversation with Todd Forster concerning defendant Morteza Modaressi's and the Mojo Defendants' failure to respond to plaintiff's discovery requests and their refusal to produce bank records and income tax returns. During telephonic conversation, Mr. Forster indicated that he would not be able to inform me when the Mojo Defendants would be responding to plaintiff's discovery requests. Mr. Forster further informed me that defendant Morteza Modaressi and the Mojo Defendants would not be producing their bank records and income tax returns because the documents were not relevant to this case. Mr. Forster further informed me that the Mojo Defendants would not identify their officers, directors, and shareholders in response to plaintiff's discovery requests.

7.    To this day, the Mojo Defendants have completely failed to respond to plaintiff's discovery requests.

8.    My hourly rate is $300. The hourly rate for Shabnam Keyvan (an associate at my firm) is $200 per hour. I spent 4 hours ($1200) drafting plaintiff's motion to compel and this declaration. Shabnam Keyvan spent 2 hours ($400) conducting legal research pertaining to this motion and assisting me with filing the motion. My firm incurred $120.85 in Westlaw legal research costs in connection with this motion.

9.      The total attorney fees and costs incurred by plaintiff in filing this motion exceeds $1,720.85.


        I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Dated:  December 14, 2006                    /s/ Stefan Shaibani
                                             Stefan Shaibani

3