UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOLOOK VEDADI, ET AL.,<br><br>    Defendants. | Civil Action No.  05-2424 (JDB) |

### REVISED SCHEDULING ORDER

Pursuant to the agreement of the parties,  it is, this 22nd day of December, 2006, hereby **ORDERED** as follows:

1. Defendants Mojo Properties, LLC, Mojo Projects, LLC, and Mojo Realty, LLC shall respond to any outstanding written discovery requests by not later than January 12, 2007.

2. The parties shall have until March 19, 2007, to join additional parties and to amend the pleadings without further leave of the Court.

3. Any disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be made as follows:  (a) expert reports in support of the affirmative claims of any party shall be served by March 5, 2007; (b) responsive reports shall be served within thirty (30) days from the date on which the expert report is served; and (c) rebuttal reports shall be served within thirty (30) days from the date on which the responsive report is served.

4. All discovery shall be completed by June 5, 2007.

5. Dispositive motions shall be filed by not later than July 19, 2007. Any oppositions shall be filed within forty-five (45) days from the date on which the dispositive motion is served, and any replies shall be filed within twenty-one (21) days from the date on which the opposition is served.

6. Pursuant to the telephone conference with the Court held on this date and upon consideration of the entire record, it is hereby **ORDERED** that this matter shall be referred to Magistrate Judge Facciola for the sole purpose of the facilitation of settlement discussions for a period of not more than sixty (60) days to commence on the date of this Order. The parties shall contact the chambers of Magistrate Judge Facciola promptly to schedule a mediation session for late January or early February 2007.

7. The parties shall appear by telephone for a discovery status conference on January 26, 2007, at 3:00 p.m. The Court expects the parties first to attempt resolution of continuing discovery disputes through good faith discussions prior to the conference call with the Court.

8. Pursuant to the conference with the Court and upon consideration of the entire record, it is hereby **ORDERED** that plaintiff's [29] motion to compel production of documents and responses to interrogatories is held in abeyance.

/s/     John D. Bates
John D. Bates
United States District Judge