UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 05 Civ. 2424 (JDB) |
| | ) |
| MOLOOK VEDADI, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S NOTICE OF NON-FILING OF PROTECTIVE ORDER**

Plaintiff, Bijan Modaressi, respectfully informs the Court that in light of the success of mediation between plaintiff and defendants Morteza Modaressi, Mojo Properties, LLC, Mojo Projects, LLC, and Mojo Realty, LLC, neither plaintiff nor the aforementioned defendants intend to file a protective order in this case. A protective order was initially requested by defendants Morteza Modaressi, Mojo Properties, LLC, Mojo Projects, LLC, and Mojo Realty, LLC because they were to produce certain financial records in response to plaintiff's request for production of documents. These defendants are currently in the process of executing a settlement agreement with plaintiff, and they will not be producing the financial records requested by plaintiff. Consequently, plaintiff respectfully submits that there is no need for a protective order in this case. On February 8, 2007, Todd Forster, counsel for defendants Morteza Modaressi, Mojo Properties, LLC, Mojo Projects, LLC, and Mojo Realty, LLC, informed undersigned counsel that his clients would not be filing a protective order.

Should the Court deem it necessary to enter a protective order in this case, plaintiff respectfully requests an opportunity to file his proposed protective order, as the one filed by defendant Molook Vedadi on February 9, 2007 is, in part, problematic.

2

                    Respectfully submitted,

Dated: February 11, 2007          /s/ Stefan Shaibani
                                      Stefan Shaibani (Bar No. 490024)
                                      LITIGATION ASSOCIATE, PLLC
                                      1150 Connecticut Avenue, N.W.
                                      Suite 900
                                      Washington, DC 20036
                                      Tel: (202) 862-4335
                                      Fax: (202) 828-4130

                                      *Attorney for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 11, 2007, I electronically filed "PLAINTIFF'S NOTICE OF NON-FILING OF PROTECTIVE ORDER" and that service was thus effected upon defendants' counsels listed below:

>Todd Forster
>Futrovsky, Nitkin & Scherr, Chartered
>77 S. Washington Street
>First Floor
>Rockville, Maryland 20850
>Tel: 301-251-8500
>
>Danielle M. Espinet
>Rolinsky, Ternzio & Saurez LLP
>14915 River Road
>Potomac, Maryland 20854
>Tel: 240-632-0903


<u>/s/ Stefan Shaibani</u>

3