UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Bijan Modaressi | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:05CV2424 (JDB) |
| Molook Vedadi, *et.al.* | : | |
| Defendants. | : | |

**JOINT MOTION TO CONTINUE THE APRIL 2, 2007, STATUS CONFERENCE**

Come Now the Parties Plaintiff, Bijan Modaressi (hereinafter "Modaressi") and Defendant, Molook Vedadi (hereinafter "Vedadi"), by and through their respective undersigned counsel and, pursuant to LCvR 16.1 hereby move this Honorable Court for a continuance of the status conference currently scheduled for April 2, 2007, and in support therefore, the parties respectfully refer this Honorable Court to the annexed memorandum of points and authorities.

WHEREFORE, by all these presents, counsel for these parties prays that the instant motion be granted.

Respectfully Submitted,

_____/s/_____
Danielle M. Espinet
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*: (240) 632-0906
*Email*: despinet@rolinski.com
Counsel for Defendant Molook Vedadi

2

_____/s/_____
Stefan Shaibani
*Litigation Associate, PLLC*
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
*Voice:* (202) 466-3883
*Fax:*  (202) 775-7477
*Email:* Stefan@litigationassociate.com
Counsel for Plaintiff Bijan Modaressi

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Bijan Modaressi | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:05CV2424 (JDB) |
| Molook Vedadi, *et.al.* | : | |
| Defendants. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE JOINT MOTION TO CONTINUE THE APRIL 2, 2007, STATUS CONFERENCE**

On January 26, 2007, the parties and the Court engaged in a telephone conference. During that telephone conference, this Honorable Court, *inter alia,* entered an order setting a status conference for April 2, 2007. On January 29, 2007, the parties, pursuant to the December 27, 2006, referral to mediation, appeared before the Honorable Magistrate Judge John M. Facciola for a settlement conference. During that conference, Defendant Morteza Modaressi, the Mojo Defendants, and Plaintiff, ostensibly settled their claims in this suit. Defendant Vedadi and Plaintiff scheduled a further mediation before Magistrate Judge Facciola on March 13, 2007. However, due to the United States Court of Appeals for the DC Circuit scheduling oral argument for Ms. Espinet, the mediation was vacated on February 13, 2007, and reset for April 16, 2007.

The parties have scheduled the depositions of both Vedadi and Modaressi from April 17, 2007, to April 20, 2007. The parties are currently working together to prepare and execute the necessary documents to obtain bank records from Iran. Additionally, the

parties are currently engaged in settlement discussions and their hope is that they can resolve this matter either with the help of Magistrate Judge Facciola or on their own.

Accordingly in the interest of the Court's and counsel's time and resources and to give the parties time to settle this matter, the parties request that the status conference set for April 2, 2007, be rescheduled for such time after the mediation of April 16, 2007, as both the Court and counsel's schedules permit.

Counsel for Mortezza Modaressi and the Mojo Defendants does not oppose this motion.

WHEREFORE, these parties pray that this Honorable Court grant this Joint Motion to Continue the April 2, 2007, status conference.

Respectfully Submitted,

\_\_\_/s/_____
Danielle M. Espinet
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*: (240) 632-0906
*Email*: despinet@rolinski.com
*Counsel for Molook Vedadi*


_____/s/_____
Stefan Shaibani
Litigation Associate, PLLC
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
*Voice:* (202) 466-3883
*Fax:* (202) 775-7477
*Email:* Stefan@litigationassociate.com
*Counsel for Plaintiff Bijan Modaressi*


G:\Legal Docts\Civil\VEDADI, Molook\Modaressi v. Vedadi\Motions\07-03-21 Joint Mtn to Cont April 2 Status Conf.doc

4