# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 05-2424 (JDB) |
| ) | |
| MOLOOK VEDADI, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF DISMISSAL PERTAINING TO MOJO DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Bijan Modaressi and defendants Morteza Modaressi, Mojo Properties, LLC, Mojo Projects, LLC, and Mojo Realty, LLC (collectively, "Mojo Defendants") hereby stipulate to the dismissal of all claims and causes of action against the Mojo Defendants with prejudice in connection with the above-captioned matter. Plaintiff expressly notes that he is not dismissing this action against defendant Molook Vedadi.

Dated: March 22, 2007        /s/ Stefan Shaibani
Stefan Shaibani (Bar No. 490024)
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, NW, Suite 900
Washington, DC 20036
Tel: (202) 862-4335
Fax: (202) 828-4130
*Attorney for Plaintiff Bijan Modaressi*

/s/ Todd Forster
Todd P. Forster (Bar No. 457146)
FUTROVSKY, NITKIN & SCHERR
77 South Washington Street, First Floor
Rockville, Maryland 20850
Tel:  (301) 251-8500
Fax: (301) 251-8860
*Attorney for Morteza Modaressi, Mojo Projects, LLC, Mojo Properties, LLC, and Mojo Realty,LLC*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 22, 2007, I electronically filed "STIPULATION OF DISMISSAL PERTAINING TO MOJO DEFENDANTS" and that service was thus effected upon defendants' counsels named below in accordance with the Local Rules of this Court:

Todd Perry Forster, Esq.
Futrovsky, Nitkin & Scherr, Chartered
77 S. Washington Street
First Floor
Rockville, MD 20850
*Counsel for Defendants Morteza Modaressi; Mojo Properties, LLC;*
*Mojo Projects, LLC; and Mojo Realty, LLC*

Danielle M. Espinet, Esq.
Rolinski, Terenzio & Suarez, LLP
14915 River Road
Potomac, MD 20854
*Counsel for Defendant Molook Vedadi*

/s/ Stefan Shaibani