UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Bijan Modaressi        :
                       :
    Plaintiff, :
                       :
v.                     :   Civil Action No. 1:05CV2424 (JDB)
                       :
Molook Vedadi, *et.al.* :
                       :
    Defendants. :

### DEFENDANT MOLOOK VEDADI'S CONSENT MOTION TO MODIFY THE COURT'S ORDER DATED MARCH 21, 2007, SETTING STATUS CONFERENCE

    Comes Now Defendant, Molook Vedadi (hereinafter "Vedadi"), by and through undersigned counsel, with the consent of the Plaintiff hereby moves this Honorable Court to modify the Court's Order dated March 21, 2007, setting a status conference for April 26, 2007, and in support therefore, respectfully refer this Honorable Court to the annexed memorandum of points and authorities.

    WHEREFORE, by all these presents, counsel for Defendant prays that the instant motion be granted.

Respectfully Submitted,

_____/s/_____
Danielle M. Espinet
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*: (240) 632-0906
*Email*: despinet@rolinski.com
Counsel for Molook Vedadi

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Bijan Modaressi             :
                            :
    Plaintiff,          :
                            :
v.                          :    Civil Action No. 1:05CV2424 (JDB)
                            :
Molook Vedadi, *et.al.*     :
                            :
    Defendants.         :

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT MOLOOK VEDADI'S CONSENT MOTION TO MODIFY THE COURT'S ORDER DATED MARCH 21, 2007, SETTING STATUS CONFERENCE**

On March 21, 2007, the parties filed a joint motion to continue the status conference set for April 2, 2007, for reasons articulated in that motion. On the same day, this Court granted the joint motion setting a new date of April 26, 2007, for the status conference. However, undersigned counsel is scheduled to be in Nevada from April 26 through April 29, 2007, and cannot attend the status conference on that day.

Counsel for Plaintiff and Defendant are both available for a status conference any day from April 30 through May 10, 2007. Counsel respectfully requests the Court set the status conference for a day within that time frame.

WHEREFORE, Defendant prays that this Honorable Court grant Defendant Vedadi's Consent Motion to Modify the Court's Order Dated March 21, 2007, setting Status Conference and set a new date for the status conference some time between April 30 and May 10, 2007.

        Respectfully Submitted,

        ___/s/_____
        Danielle M. Espinet
        *Rolinski, Terenzio & Suarez, LLP*
        14915 River Road
        Potomac, Maryland 20854
        *Voice*: (240) 632-0903
        *Fax*: (240) 632-0906
        *Email*: despinet@rolinski.com
        Counsel for Molook Vedadi

G:\Legal Docts\Civil\VEDADI, Molook\Modaressi v. Vedadi\Motions\07-03-22 mtn.modify.stausdate.doc