UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 05 Civ. 2424 (JDB) |
| | ) |
| MOLOOK VEDADI, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S MOTION TO STAY ACTION FOR NINETY DAYS**

Plaintiff, Bijan Modaressi, respectfully requests the Court to stay this action for 90 days in order to give plaintiff an opportunity to secure new counsel. On April 16, 2007, Danielle Espinet, counsel for defendant Molook Vedadi, informed undersigned counsel's office that she takes no position with respect to this motion.

The requested stay is necessary because plaintiff recently traveled from the Middle East to the United States to attend a mediation scheduled for April 16, 2007 before Magistrate Judge Facciola in the above-captioned case. On Friday April 13, 2007, Ms. Espinet informed plaintiff's counsel via email that defendant Molook Vedadi was ill and would not be attending the mediation scheduled for April 16, 2007. Plaintiff is highly disappointed to travel from the Middle East to the United States—after incurring ticket change fees once already for rescheduling the mediation in this case pursuant to Ms. Espinet's request—to learn on the eleventh hour that defendant Vedadi had no intention of proceeding with the mediation scheduled for April 16, 2007.

Subsequently, on April 16, 2007, plaintiff informed undersigned counsel, Stefan Shaibani, to withdraw as plaintiff's attorney in this case. Plaintiff requires 90 days to secure new

counsel who is both fluent in Persian and experienced in conducting civil RICO and civil fraud litigation.  These qualifications are not commonplace among members of the District of Columbia Bar, and plaintiff thus requires 90 days to secure a new attorney who is qualified to represent him in this case.

    For the above reasons, plaintiff respectfully requests the Court to grant this motion.

Respectfully submitted,

Dated: April 16, 2007

/s/ Stefan Shaibani
Stefan Shaibani (Bar No. 490024)
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036
Tel:  (202) 862-4335
Fax: (202) 828-4130

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on April 16, 2007, I electronically filed "PLAINTIFF'S MOTION TO STAY ACTION FOR NINETY DAYS," and that service was thus effected upon defendant's counsel listed below pursuant to the Local Civil Rules of this Court:

> Danielle M. Espinet
> Rolinsky, Ternzio & Saurez LLP
> 14915 River Road
> Potomac, Maryland 20854
> Tel: 240-632-0903

/s/ Stefan Shaibani