UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 05 Civ. 2424 (JDB) |
| | ) |
| MOLOOK VEDADI, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PROPOSED ORDER**

Upon consideration of plaintiff's Motion to Stay Action for Ninety Days, defendant Molook Vedadi's taking no position with respect to this motion, and all pertinent papers, it is hereby

ORDERED that plaintiff's motion is GRANTED; it is further

ORDERED that discovery and all proceedings in this case shall be stayed for 90 days or until plaintiff secures new counsel, whichever occurs earlier.

Dated: _____, 2007        _____
                                                                        Judge