### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 05 Civ. 2424 (JDB) |
| ) | |
| MOLOOK VEDADI, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL

Stefan Shaibani, counsel for Plaintiff Bijan Modaressi, respectfully requests the Court's leave to withdraw as counsel in this case. On April 16, 2007, Danielle Espinet, counsel for defendant Molook Vedadi, informed undersigned counsel's office that she takes no position with respect to this motion.

Plaintiff recently traveled from the Middle East to the United States to attend a mediation scheduled for April 16, 2007 in the above-captioned case. On Friday April 13, 2007, Ms. Espinet informed plaintiff's counsel that defendant Molook Vedadi was ill and would not be attending the mediation scheduled for April 16, 2007. Plaintiff became highly disappointed to travel from the Middle East to the United States to learn on the eleventh hour that defendant Vedadi had no intention of proceeding with the mediation scheduled for April 16, 2007. Subsequently, on April 16, 2007, undersigned counsel was informed that plaintiff no longer wished to be represented by him in this case. Plaintiff has concurrently filed a motion to stay this action for 90 days to secure new counsel.

For the above reasons, Stefan Shaibani respectfully requests the Court to grant this motion to withdraw as counsel.

2

Respectfully submitted,

Dated: April 16, 2007

/s/ Stefan Shaibani
Stefan Shaibani (Bar No. 490024)
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036
Tel:  (202) 862-4335
Fax: (202) 828-4130

*Attorney for Plaintiff*

2

CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, I electronically filed "PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL," and that service was thus effected upon defendant's counsel listed below pursuant to the Local Civil Rules of this Court:

>Danielle M. Espinet
>Rolinsky, Ternzio & Saurez LLP
>14915 River Road
>Potomac, Maryland 20854
>Tel: 240-632-0903

/s/ Stefan Shaibani