UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 05 Civ. 2424 (JDB) |
| ) | |
| MOLOOK VEDADI, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PROPOSED ORDER**

Upon consideration of Stefan Shaibani's motion to withdraw as counsel for plaintiff, defendant Molook Vedadi's taking no position with respect to this motion, and all pertinent papers, it is hereby

ORDERED that Stefan Shaibani's motion is GRANTED; it is further

ORDERED that Stefan Shaibani shall no longer be plaintiff's counsel in this case.

Dated: _____, 2007           _____
                                              Judge