UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 05 Civ. 2424 (JDB) |
| MOLOOK VEDADI, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## AMENDED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 83.6(c), Stefan Shaibani and Randell Ogg, attorneys for plaintiff Bijan Modaressi, respectfully request the Court's leave to withdraw as counsel in this case. On April 16, 2007, Danielle Espinet, counsel for defendant Molook Vedadi, indicated that she takes no position with respect to this motion.

Plaintiff recently traveled from the Middle East to the United States to attend a mediation scheduled for April 16, 2007 in the above-captioned case. On Friday April 13, 2007, Ms. Espinet informed plaintiff's counsel that defendant Molook Vedadi was ill and would not be attending the mediation scheduled for April 16, 2007. Plaintiff became extremely disappointed to travel from the Middle East to the United States to learn on the eleventh hour that defendant Vedadi had no intention of proceeding with the mediation scheduled for April 16, 2007. Subsequently, on April 16, 2007, undersigned counsels were informed that plaintiff no longer wished to be represented by them in this case. Plaintiff has concurrently filed a motion to stay this action for 90 days to secure new counsel.

On April 18, 2007, plaintiff consented to this motion through his attorney-in-fact, Mehri Modaressi, by signing this motion. Plaintiff's power of attorney is attached to this motion.

For the above reasons, Stefan Shaibani and Randell Ogg respectfully request the Court to grant this motion to withdraw as counsel.

Respectfully submitted,

Dated: April 20, 2007

/s/ Stefan Shaibani
Stefan Shaibani (Bar No. 490024)
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036
Tel: (202) 862-4335
Fax: (202) 828-4130

/s/ Randell C. Ogg
Randell C. Ogg
LAW OFFICES OF RANDELL C. OGG
1150 Connecticut Avenue, NW
Suite 900
Washington, DC 20036
Tel: (202) 862-4300
Fax: (202) 828-4130

*Attorneys for Plaintiff*

Bijan Modaressi
By Mehri Modaressi (power of attorney)

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2007, I electronically filed and caused to be served by first class mail "AMENDED MOTION TO WITHDRAW AS COUNSEL," and "PROPOSED ORDER" to the following:

> Danielle M. Espinet
> Rolinsky, Ternzio & Saurez LLP
> 14915 River Road
> Potomac, Maryland 20854
> Tel: 240-632-0903
>
> Bijan Modaressi
> c/o Mehri Modaressi
> 362 Quail Ridge
> Irvine, California 92603
>
> /s/ Stefan Shaibani