UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 05 Civ. 2424 (JDB) ) |
| MOLOOK VEDADI, *et al.*, | ) ) |
| Defendants. | ) ) |

## ORDER

Upon consideration of Stefan Shaibani's and Randell Ogg's Amended Motion to Withdraw as Counsel, plaintiff's consent to this motion, defendant Molook Vedadi's taking no position with respect to this motion, and all pertinent papers, it is hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that Stefan Shaibani and Randell Ogg are hereby given leave to withdraw and they shall forthwith no longer be attorneys of record for the plaintiff in this matter.

Dated: _____, 2007        _____
                                                                    Judge