# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 05 Civ. 2424 (JDB) |
| | ) |
| MOLOOK VEDADI, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION TO POSTPONE STATUS CONFERENCE OR, IN THE ALTERNATIVE, TO EXCUSE COUNSEL FROM APPEARING AT STATUS CONFERENCE

Plaintiff respectfully requests the Court to postpone the status conference scheduled on Monday May 7, 2007 at 10AM, or in the alternative, to excuse Stefan Shaibani from appearing at the status conference. On May 3-4, 2007, counsel attempted to contact Danielle Espinet, attorney for Ms. Vedadi, but was unable to reach her.

This request is necessary because counsel was retained on the evening of May 3, 2007 to represent clients in an action to set aside a foreclosure sale involving a $600,000 property. Counsel has filed an application for a temporary restraining order in *Raissi et al. v. Regions Mortgage, Inc., et al.*, Civil Action No. _____, at the Montgomery County Circuit Court this day. This petition is scheduled for an emergency hearing on Monday May 7, 2007 at 9AM. Counsel is a small law office and needs to attend this hearing to prevent his clients from losing $300,000 from a foreclosure sale scheduled on Tuesday May 8, 2007, after which the equitable right of redemption would no longer be available to counsel's clients.

Counsel is available for a status conference on another date convenient to the Court (other than May 10 and May 23-31 when counsel is in Bankruptcy Court or out of town). Counsel would gladly attend a status conference in the above-captioned matter if it were to be

2

rescheduled from Monday May 7, 2007. Should the Court wish to proceed with the status conference on May 7, 2007, counsel respectfully requests the Court to excuse Stefan Shaibani's attendance at the status conference in light of the necessity of counsel attending the temporary restraining order hearing at the Montgomery County Circuit Court on May 7, 2007 at 9AM.

    For the above reasons, plaintiff respectfully requests the Court to grant this motion.

    Respectfully submitted,

Dated: May 4, 2007

/s/ Stefan Shaibani
Stefan Shaibani (Bar No. 490024)
LITIGATION ASSOCIATES, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036
Tel: (202) 862-4335
Fax: (202) 828-4130

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

    I hereby certify that on May 4, 2007, I electronically filed "MOTION TO POSTPONE STATUS CONFERENCE OR, IN THE ALTERNATIVE, TO EXCUSE COUNSEL FROM ATTENDING STATUS CONFERENCE" and that service was thus effected upon defendant's counsels listed below:

        Danielle M. Espinet
        Rolinsky, Ternzio & Saurez LLP
        14915 River Road
        Potomac, Maryland 20854
        Tel: 240-632-0903

        /s/ Stefan Shaibani