**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BIJAN MODARESSI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 05 Civ. 2424 (JDB) |
| | ) | |
| MOLOOK VEDADI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>PROPOSED ORDER</u>**

Upon consideration of plaintiff's motion to postpone the status conference or, in the

alternative, to Excuse Counsel from Attending Status Conference and all pertinent papers, it is

hereby

ORDERED that Plaintiff's motion is GRANTED; it is further

ORDERED that the Status Conference Scheduled for Monday May 7, 2007 is hereby

postponed to _____.

Dated: _____, 2007                    _____
                                                                              Judge