UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BIJAN MODARESSI,

    Plaintiff,

        v.                                        Civil Action No. 05-2424 (JDB)

MOLOOK VEDADI,

    Defendant.

### ORDER

In light of the status conference held with the Court on this date, and upon consideration of the entire record herein, it is this 11th day of May, 2007, hereby

**ORDERED** that [44] Stefan Shaibani and Randell Ogg's amended motion to withdraw as counsel is hereby **GRANTED**; it is further

**ORDERED** that attorneys Stefan Shaibani and Randell Ogg are terminated as counsel in this action; it is further

**ORDERED** that [42] plaintiff's motion to stay is hereby **GRANTED**; it is further

**ORDERED** that all proceedings in this action are hereby **STAYED** until August 3, 2007, for the purpose of allowing plaintiff, now appearing pro se, to obtain new counsel; and it is further

**ORDERED** that the parties shall appear for a status conference on August 27, 2007, at 9:00 a.m. in Courtroom Eight.

Former counsel for plaintiff are directed to convey a copy of this order to Mr. Modaressi forthwith.

/s/    John D. Bates
**John D. Bates**
**United States District Judge**