UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIJAN MODARESSI, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 05-2424 (JDB) |
| MOLOOK VEDADI, *et al.*, | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL PERTAINING TO DEFENDANT VEDADI**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Bijan Modaressi and defendant Molook Vedadi hereby stipulate to the dismissal of all claims and causes of action against Molook Vedadi with prejudice in connection with the above-captioned matter.

Dated: June 13, 2007

_____
Bijan Modaressi by Mehri Modaressi
(Pursuant to Power of Attorney)
362 Quail Ridge
Irvine, California 92603
Tel: (301) 775-1848


_____
Danielle M. Espinet, Esq.
Rolinski, ~~Terenzio~~ & Suarez, LLP
14915 River Road
Potomac, MD 20854
Tel: (240) 632-0903
*Counsel for Defendant Molook Vedadi*